ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Lenore Albert<br>14272 Hoover Street #69<br>Westminster, CA 92683<br>424-365-0741<br>lenorealbert@msn.com | FOR COURT USE ONLY<br><br>FILED<br>MAY 31 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk |
|---|---|
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for Debtor* | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF LENORE ALBERT<br><br><br><br>Debtor(s) | CASE NO.: 8:18-bk-10548-ES<br>CHAPTER: 13<br><br>**SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☐ Yes  ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B     ☐ Schedule C     ☐ Schedule D     ☐ Schedule E/F     ☐ Schedule G

☐ Schedule H     ☐ Schedule I     ☐ Schedule J     ☐ Schedule J-2     ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers     ☐ Statement of Intention     ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 05/31/2018

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***:  It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
14272 Hoover St #69, Westminster, CA 92683

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/23/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Chapter 13 Trustee, Armane Cohen efile@ch13ac.com, US Trustee: ustpregion16.sa.ecf@usdoj.gov
Bernard J Kornberg on behalf of Creditor Ford Motor Credit Company LLC bjk@severson.com, elw@severson.com
Donald H Cram, III on behalf of Creditor Ford Motor Credit Company LLC dhc@severson.com, Marc A Shapp on behalf of Creditor The State Bar of California marc.shapp@calbar.ca.gov, joan.randolph@calbar.ca.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/31/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon Erithe A. Smith, Crtm 5A, US Bankruptcy Court, 400 West Fourth Street, Santa Ana, CA 92702

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/31/2018 | Lenore Albert | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                    Page 2                    F 1007-1.1.AMENDED.SUMMARY

Fill in this information to identify your case and this filing:

Debtor 1  Lenore LuAnn Albert-Sheridan
         First Name        Middle Name        Last Name

Debtor 2  _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Central District of California

Case number  8:18-bk-10548-ES

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1. 14272 Hoover St #69
     Street address, if available, or other description

     Westminster    CA    92683
     City           State  ZIP Code

     Orange
     County

    **What is the property?** Check all that apply.
    ☐ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☑ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one.
    ☑ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

    Current value of the entire property?  $ 3,700.00
    Current value of the portion you own?  $ 3,700.00

    Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
    Fee Simple

    ☐ Check if this is community property (see instructions)

    Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

1.2. _____
     Street address, if available, or other description

     _____

     _____   _____  _____
     City            State  ZIP Code

     _____
     County

    **What is the property?** Check all that apply.
    ☐ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

    Current value of the entire property?  $ _____
    Current value of the portion you own?  $ _____

    Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

    ☐ Check if this is community property (see instructions)

    Other information you wish to add about this item, such as local property identification number: _____

Official Form 106A/B                    Schedule A/B: Property                              page 1

Debtor 1  Lenore LuAnn Albert-Sheridan                                    Case number (if known) 8:18-bk-10548-ES
         First Name    Middle Name    Last Name

1.3.  _____
      Street address, if available, or other description

      _____

      _____
      City            State    ZIP Code

      _____
      County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .................................................... →   $  4,900.00

---

**Part 2:  Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☑ No
   ☐ Yes

   3.1. Make: _____
        Model: _____
        Year: _____
        Approximate mileage: _____
        Other information:

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?**    **Current value of the portion you own?**
   $_____    $_____

If you own or have more than one, describe here:

   3.2. Make: _____
        Model: _____
        Year: _____
        Approximate mileage: _____
        Other information:

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?**    **Current value of the portion you own?**
   $_____    $_____

| Debtor 1 | Lenore LuAnn Albert-Sheridan | Case number (if known) 8:18-bk-10548-ES |
|---|---|---|
| | First Name   Middle Name   Last Name | |

3.3. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

3.4. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☑ No
☐ Yes

4.1. Make: _____
Model: _____
Year: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2. Make: _____
Model: _____
Year: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........................................................................ → $ **0.00**

Debtor 1   Lenore LuAnn Albert-Sheridan                                          Case number *(if known)* 8:18-bk-10548-ES
           First Name   Middle Name   Last Name

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Major appliances, furniture, china, and kitchenware          $ 1,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.......... Televisions, computers, stereos, printers, scanners, electronic devices   $ 500.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.......... Paintings, prints, artwork, books, other art objects, coin collection   $ 500.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.......... Exercise equipment, golf clubs, tools, tennis equipment              $ 100.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe.......... one firearm                                                          $ 100.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.......... Suits, evening wear, everyday clothes, shoes and accessories        $ 1,000.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe........... inherited rings, heirloom jewelry and art jewelry                  $ 1,000.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe........... Marley dog                                                          $ 200.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☑ Yes. Give specific information. ............. Personal Library and Health Aids              $ 800.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................→   $ 5,200.00

Debtor 1    Lenore LuAnn Albert-Sheridan      Case number *(if known)* 8:18-bk-10548-ES
          First Name   Middle Name   Last Name

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes............................................................................................................................. Cash: ............ $    10.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes.................... Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | Navy Federal Credit Union | $ 300.00 |
    | 17.2. Checking account: | Comerica | $ 50.00 |
    | 17.3. Savings account: | Navy Federal Credit Union | $ 50.00 |
    | 17.4. Savings account: | | $ |
    | 17.5. Certificates of deposit: | | $ |
    | 17.6. Other financial account: | Lenore for DA Campaign 2018 -No personal use | $ 775.00 |
    | 17.7. Other financial account: | | $ |
    | 17.8. Other financial account: | | $ |
    | 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes................ Institution or issuer name:

    _____ $ _____
    _____ $ _____
    _____ $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No    Name of entity:      % of ownership:
    ☐ Yes. Give specific information about them.............
         _____ _____%   $ _____
         _____ _____%   $ _____
         _____ _____%   $ _____

Official Form 106A/B          Schedule A/B: Property          page 5

Debtor 1    <u>Lenore LuAnn Albert-Sheridan</u>      Case number (if known) <u>8:18-bk-10548-ES</u>
       First Name    Middle Name    Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No
   ☐ Yes. Give specific information about them.........  Issuer name:

   _____  $_____
   _____  $_____
   _____  $_____

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No
   ☐ Yes. List each account separately.   Type of account:    Institution name:

   401(k) or similar plan: _____  $_____
   Pension plan: _____  $_____
   IRA: _____  $_____
   Retirement account: _____  $_____
   Keogh: _____  $_____
   Additional account: _____  $_____
   Additional account: _____  $_____

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☑ No
   ☐ Yes ......................    Institution name or individual:

   Electric: _____  $_____
   Gas: _____  $_____
   Heating oil: _____  $_____
   Security deposit on rental unit: _____  $_____
   Prepaid rent: _____  $_____
   Telephone: _____  $_____
   Water: _____  $_____
   Rented furniture: _____  $_____
   Other: _____  $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No
   ☐ Yes ......................    Issuer name and description:

   _____  $_____
   _____  $_____
   _____  $_____

| Debtor 1 | Lenore LuAnn Albert-Sheridan | Case number (if known) 8:18-bk-10548-ES |
|---|---|---|
| | First Name  Middle Name  Last Name | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes ............... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____  $_____
    _____  $_____
    _____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes. Give specific information about them....  $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific information about them....  $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ☑ Yes. Give specific information about them....  License to practice before highest court in California, CACD, CASD, CAND, CAED, Ninth Circuit and US Supreme Court  $ 1,000.00

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...............
    Federal:  $_____
    State:  $_____
    Local:  $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information..............
    Alimony:  $_____
    Maintenance:  $_____
    Support:  $_____
    Divorce settlement:  $_____
    Property settlement:  $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ☑ Yes. Give specific information............... Paid a $6,000.00 six month deposit on Garden Grove office  $ 831.00

Official Form 106A/B                    Schedule A/B: Property                    page 7

Debtor 1     Lenore LuAnn Albert-Sheridan     Case number (if known) 8:18-bk-10548-ES
          First Name    Middle Name    Last Name

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☑ No
   ☐ Yes. Name the insurance company of each policy and list its value. …
   
   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | | | $ |
   | | | $ |
   | | | $ |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☑ No
   ☐ Yes. Give specific information……………
                                                                             $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ☑ Yes. Describe each claim. ………… False light, extortion, public corruption, falsely impersonation, tort interference, Employee Espionage,, Unfair Debt Collection, Fraud, IIED, UCL, 11 USC 525A, NIED, RICO, Assault/Battery, Stalking, 18 USC 1030, Invasion of Privacy/Defamation, identity theft,     tbd     $ 500,000.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ☑ Yes. Describe each claim. ………… Rees Levering, IIED, UCL, 11 USC 525A, NIED, Assault/Battery, Stalking, Unauthorized access to computer, 18 USC 1030, 17200, RICO, Defamation, Invasion of privacy, Identity theft et al.     tbd     $ 500,000.00

35. **Any financial assets you did not already list**
   ☑ No
   ☐ Yes. Give specific information…………     $

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ……………………………………………………………… → $ 1,003,016.00

---

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ☐ No
   ☑ Yes. Describe……. Fees and costs advanced due from clients/former clients.     $ 500,000.00

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ☑ Yes. Describe……. Computer software, computers, printers, copiers, desks, furniture, pictures, filing cabinets, tables, chairs, electronic devices and office supplies.     $ 3,000.00

Official Form 106A/B           Schedule A/B: Property           page 8

Debtor 1 **Lenore LuAnn Albert-Sheridan**     Case number (if known) 8:18-bk-10548-ES
_____First Name___Middle Name___Last Name_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☐ No
    - ☑ Yes. Describe...... Binding equipment, large capacity three/two hole punches, office supplies, binders, Law Books (law library)     $ 2,000.00

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe......     $_____

42. **Interests in partnerships or joint ventures**
    - ☑ No
    - ☐ Yes. Describe......

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | _____ | ____ % | $_____ |
    | _____ | ____ % | $_____ |
    | _____ | ____ % | $_____ |

43. **Customer lists, mailing lists, or other compilations**
    - ☐ No
    - ☑ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        - ☐ No
        - ☑ Yes. Describe........ Client lists and case lists with parties and potential client intakes     $ 2,500.00

44. **Any business-related property you did not already list**
    - ☐ No
    - ☑ Yes. Give specific information......... Files     $ 1,000.00
    $_____
    $_____
    $_____
    $_____
    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ➔     $ 507,500.00

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    - ☐ No
    - ☐ Yes.......................     $_____

---

Official Form 106A/B     Schedule A/B: Property     page 9

| Debtor 1 | Lenore LuAnn Albert-Sheridan | Case number (if known) 8:18-bk-10548-ES |
|---|---|---|
| | First Name   Middle Name   Last Name | |

48. **Crops—either growing or harvested**
    - ☐ No
    - ☐ Yes. Give specific information............  $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☐ No
    - ☐ Yes........................  $_____

50. **Farm and fishing supplies, chemicals, and feed**
    - ☐ No
    - ☐ Yes........................  $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☐ No
    - ☐ Yes. Give specific information............  $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ➔ $ 0.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information............  $_____  $_____  $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ➔ $ 0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................................................................................................ ➔ $ 3,700.00
56. Part 2: Total vehicles, line 5                                      $ 0.00
57. Part 3: Total personal and household items, line 15               $ 5,200.00
58. Part 4: Total financial assets, line 36                           $ 1,003,016.00
59. Part 5: Total business-related property, line 45                  $ 507,500.00
60. Part 6: Total farm- and fishing-related property, line 52         $ 0.00
61. Part 7: Total other property not listed, line 54                + $ 0.00
62. **Total personal property.** Add lines 56 through 61. ............  $ 1,515,716.00  Copy personal property total ➔ +$ 1,515,716.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62................................................................  $ 1,519,416.00

ATTACHMENT FOR ITEM 33
(Claims Against Third Parties):

IIED, UCL, 11 USC 525A, NIED, RICO, Assault/Battery, Stalking, 18 USC 1030, Invasion of Privacy/Defamation, identity theft, Malicious Prosecution, Abuse of Process, Conspiracy, Constitutional violations, antitrust violation, invasion of privacy, false light, extortion, public corruption, falsely impersonating a local, state and/or federal agent, public disclosure of private facts, filing a false SAR report, filing false criminal complaint, breach of contract, interference with contract/prospective economic advantage, Wire Fraud/Mail Fraud, Theft of access device, Employee Espionage, RICO, Defamation, Unfair Debt Collection, Fraud and other claims against extremists and those complicit in their actions.

| | | |
|---|---|---|
| *Justice Protection Project v Xcentric Ventures, et al* (Defamation, Stalking, Computer Intrusion, IIED, et al) | 30-2014-00738725-CU-DF-CJC | filed 8/08/14 $500,000 tbd |
| *Albert v Williams, et al* (Rackeetering (RICO), Civil Rights Action, et al) | 8:18-cv-00448-CJC-JDE | filed 3/21/18 injunctive relief/damages tbd |

*Albert v Yelp* (to be filed - attempted extortion/extortion)

*Albert v Xcentric Ventures* (RipOff Report) (to be filed - attempted exortion/extortion)

*Albert v Seal* (Malicious prosecution/abuse of process) (to be filed)

*Albert v Spitzer* (to be filed)

ATTACHMENT FOR ITEM 34
(Other Contingent or Unliquidated Claims Against Third Parties):

Rees Levering, IIED, UCL, 11 USC 525A, NIED, Assault/Battery, Stalking, Unauthorized access to computer, 18 USC 1030, 17200, 17500, false impersonation, identity theft, Malicious Prosecution, Abuse of Process, Conspiracy, Constitutional violations, antitrust violation, invasion of privacy, false light, extortion, public corruption, falsely impersonating a local, state and/or federal agent, public disclosure of private facts, filing a false SAR report, filing false criminal complaint, breach of contract, interference with contract/prospective economic advantage, Wire Fraud/Mail Fraud, Theft of access device, Employee Espionage, RICO, Defamation, Unfair Debt Collection, Fraud and other claims against extremists and those complicit in their actions.

| | | | |
|---|---|---|---|
| *Ford Credit v Albert v Ford Credit, et al* Cross-claim, Rees Levering/Intentional Infliction of Emotional Distress Tort Action | 30-2015-00823254-CL-CL-CJC | | filed 12/3/15 $500,000.00 tbd |
| *Albert v Farfan, et al* Injunctive relief/damages | 18-ap-1065-ES | 4/2018 | $tbd |
| *Albert v ECMC, et al* | 18-ap-1071-ES | 4/20/18 | $tbd |
| *Albert v Hannah, et al* | 18-ap-1092-ES | 5/29/18 | $tbd |
| *Albert v Kelley* | 18-ap-1093-ES | 5/29/18 | $4,000 |
| *Albert v Coast Huntington, et al* | 18-ap-1095-ES | 5/29/18 | $10,000 |
| *Albert v I.R.S.* | 18-ap-1096-ES | 5/29/18 | $5,000 |

*Albert v State Bar of California* (Malicious prosecution/abuse of process) (to be filed)

ATTACHMENT FOR ITEM 38:
(Accounts Receivable)
(All amounts are approximations)

| Adversary Proceeding | Case No. | Date Filed | Demand |
|---|---|---|---|
| *Albert v Majd* | 18-ap-1072-ES | 4/20/18 | $5,000.00 |
| *Albert v Womack, et al* | 18-ap-1073-ES | 4/20/18 | $64,000.00 |
| *Albert v Galope* | 18-ap-1074-ES | 4/20/18 | $24,000.00 |
| *Albert v Ballard, et al* | 18-ap-1090-ES | 5/23/18 | $42,000.00 |
| *Albert v Lester* | 18-ap-1089-ES | 5/23/18 | $29,000.00 |
| *Albert v Norman* | 18-ap-1087-ES | 5/23/18 | $25,000.00 |
| *Albert v Pasillas, et al* | 18-ap-1088-ES | 5/23/18 | $200,000.00 |
| *Albert v Bitzer, et al* | 18-ap-1094-ES | 5/29/18 | $65,000.00 |
|  |  | Approximate A/R: | $454,000.00 |