| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Amrane Cohen, Chapter 13 Trustee<br>Brian D. Wirsching (SBN 189491)<br>770 The City Drive South, Suite 8500<br>Orange, CA 92868<br>Tel: 714-621-0200<br>Fax: 714-621-0277<br>Email: Efile@ch13ac.com<br><br>☐ **Individual** *appearing without an attorney*<br>☒ **Attorney for:** Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>LENORE LUANN ALBERT-SHERIDAN<br><br><br><br>Debtor(s) | CASE NO.: 8:18-bk-10548-ES<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>DENIAL OF CONFIRMATION OF 1ST AMENDED CHAPTER 13 PLAN AND CONVERSION OF CASE TO CHAPTER 7 |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER DENYING PLAN CONFIRMATION AND CONVERTING CASE TO CHAPTER 7

was lodged on (*date*) 06/20/2018 and is attached. This order relates to the motion which is docket number 157.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
770 The City Drive South, Suite 8500, Orange, CA 92868

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __06/20/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __06/20/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Erithe E. Smith

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/20/2018 | Rachel Saucedo | /s/ Rachel Saucedo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 2 — **F 9021-1.2.BK.NOTICE.LODGMENT**

## NEF SERVICE LIST

Amrane (SA) Cohen (TR)    efile@ch13ac.com

Donald H Cram    dhc@severson.com, jc@severson.com

Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov; joan.randolph@calbar.ca.gov

Bernard J Kornberg    bjk@severson.com, elw@severson.com

Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Scott A Schiff    sas@soukup-schiff.com

Marc A Shapp    marc.shapp@calbar.ca.gov, joan.randolph@calbar.ca.gov

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

## MAIL SERVICE LIST

Lenore LuAnn Albert-Sheridan
14272 Hoover St #69
Westminster, CA 92683

Amrane Cohen, Chapter 13 Trustee
Brian D. Wirsching (SBN 189491)
770 The City Drive South, Suite 8500
Orange, CA 92868
Tel: (714) 621-0200
Fax: (714) 621-0277
Email: efile@ch13ac.com

Chapter 13 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LENORE LUANN ALBERT-SHERIDAN<br><br><br><br>Debtor(s). | **Case No.:  8:18-bk-10548-ES**<br><br>Chapter 13<br><br>**ORDER DENYING PLAN CONFIRMATION AND CONVERTING CASE TO CHAPTER 7**<br><br>Date:         June 19, 2018<br>Time:        1:30 p.m.<br>Courtroom: 5A<br>Address:    411 West Fourth Street<br>                   Santa Ana, CA 92701 |

The Court, having held a hearing on confirmation of Debtor's 1st Amended Chapter 13 Plan (the "Plan") filed as Docket No. 157, having considered the filed objections to confirmation, having considered the oral argument at the hearing of this matter, having considered Debtor's election for conversion of the case to chapter 7, for good cause shown, and for the reasons stated on the record:

///

///

///

1

ORDER DENYING PLAN CONFIRMATION AND CONVERTING CASE TO CHAPTER 7

1 | IT IS ORDERED that:
2 | 1. Confirmation of the Plan is denied;
3 | 2. This case is converted to one under chapter 7; and
4 | 3. The filing fee for conversion of this case from chapter 13 to chapter 7 is
5 | waived.
6 | ###

ORDER DENYING PLAN CONFIRMATION AND CONVERTING CASE TO CHAPTER 7