ORIGINAL

Case No. 8:18-bk-10548-ES

# UNITED STATES BANKRUTPCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

### 411 W 4th St, Santa Ana, CA 92701

| | |
|---|---|
| PAM RAGLAND ) | FOR COURT USE ONLY |
| PO BOX 761 ) | |
| TRABUCO CANYON, CA 92678 ) | FILED |
| Phone:  (949)734-0374 ) | JUL 3 0 2018 |
| Email: ~~████████████████~~ ) | CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy Clerk |
| *Creditor* ) | |
| ----------------------------------------- ) | ----------------------------------------- |
| In RE: ) | Case No. 8:18-bk-10548-ES |
| ) | Assigned to Hon. Erithe A. Smith |
| Lenore LuAnn Albert-Sheridan ) | Chapter 13 converted to Chapter 7 |
| ) | **REPLY AND OPPOSITION TO DEBTOR's OPPOSITION TO PAM RAGLAND'S PROOF OF CLAIM** |
| ) | Location: 5A – Fifth Floor Date: July 31, 2018 Time: 10:30 am |

Creditor PAM RAGLAND ("Ragland"), with claim number 11 in the above captioned case, OPPOSES Debtor's unnecessarily voluminous, false, and derogatory Opposition to her Proof of Claim.

//

//

//

CREDITOR RAGLAND'S OPPOSITION TO DEBTOR'S OPPOSED PROOF OF CLAIM – Page 1 of 52

Case No. 8:18-bk-10548-ES

## INTRODUCTION

Debtor Lenore Luanne Albert-Sheridan ("Albert") opposes Ragland's Proof of Claim ("POC"), submitted blindly by Ragland as she was not properly notified of Albert's bankruptcy.

Ragland's POC for $18,883.70, is for an automatic fee award in an Anti-Slapp action Ragland brought against Albert, for her bogus defamation lawsuit. Ragland won her Anti-Slapp against Albert. Ragland was then awarded an automatic attorney's fee award, as the law requires in California. Ragland attached the court's minute order with the attorney's fee award judgment. [Ragland POC – Attachment B.] Albert knew Ragland won the attorney fee award.

Albert had appealed Ragland's Anti-Slapp win (Albert v. Ragland) and Ragland's fee award, along with appealing many others who also won Anti-Slapp's and other actions related to Albert's bogus defamation lawsuit. When Albert filed Bankruptcy, oral arguments had already been heard in Albert's appeal on her bogus defamation lawsuit and all subsequent fee awards. Albert lost her appeal, and Ragland's fee award ordered before Albert filed bankruptcy was upheld. Ragland attached the entire appellate opinion in her POC. [Ragland POC – Attachment C.] Albert knew she lost her appeal for her Anti-Slapp, and she lost her fee award appeal.

Albert's opposition is generally that Ragland did not submit her POC according to the rules, and that even if she did Ragland is a "terrorist" (with no proof.) Albert then goes on to state Ragland did not win in Albert's lawsuit against Ragland, the basis of Ragland's claim. This is a fact that is frankly undisputed, as Ragland included the initial court judgement and the appellate decision with her POC filing.

Case No. 8:18-bk-10548-ES

Albert's opposition filing is unfounded, and her declaration is false.  In true Albert style she is trying to deceive the court with volume.  The majority of her claims are immediately moot, as her case was converted from a Chapter 13 to a 7 by this court on June 26, 2018 so the POC dates are all reset.  Albert's opposition is a perfect example of why Ms. Ragland has a claim against her in the first place.

Ragland OPPOSES Albert's wild claims as moot, irrelevant, and derogatory.

## RELEVANT FACTS and ARGUMENTS

Debtor Albert opposes Ragland's proof of claim in her Chapter 13 case for the following reasons, which frankly are all over the place and hard to decipher.  Ragland will try to organize them to make it easier for this court.

### Opposition 1 – Form was not compliant, could not determine debt

Albert claims the claim was not presented in a form compliant with local rules so she could not determine its validity.  Albert did not include any reference to the local rules she believes were broken.

Ragland submitted her POC on the standard bankruptcy POC form she could find online, since Albert never properly noticed her in the bankruptcy.

Albert knows Ragland has a judgement against her for her bogus defamation case.  Albert does not reference any local rules broken, so Ragland is unable to further evaluate Albert's claims of breaking the rules.

As far as the debt, Albert knows for a fact that just before she filed bankruptcy, oral arguments were held in her Defamation Case against Ragland, with a judgment outstanding on appeal from Ragland of $18,883.70.  This amount is a mandatory fee award for Ragland's Anti Slapp. [Ragland POC, Attachment B].

Case No. 8:18-bk-10548-ES

Unfortunately, since Albert also made wild claims in her defamation case that Ragland was somehow responsible for Albert's car getting repossessed, Ragland was not awarded her full attorney's fees as she should have been for the full cost of her Anti-Slapp, and that "car repossession" issue which was added in during an amended complaint of Albert's was yet to be litigated. However – this court already knows Ford Motor Company had a judgment against Albert, since Ford is a party in Albert's bankruptcy.  The Chapter 7 Trustee will need to decide if he wants to continue that case against Ragland, which would frankly be ridiculous to litigate since there is no basis in fact.

For clarity, the defamation case is the same case Albert refers to as "JPP", referencing her suspended company called "Justice Protection Project", which was removed from the case since it's not legal for Albert to represent an FTB suspended corporation.  It was and remains Albert vs a significant number of litigants.

Albert knows she lost her appeal, and Ragland's fee award was upheld. [Ragland POC, Attachment C, page 22 top paragraph, and page 23 middle page, and page 24 second paragraph]

Albert's claim Ragland did not follow the rules cannot be proven in her opposition.  Albert's claim she is unaware of Ragland's debt against her is false.


Opposition 2 – Claim filed after the claims bar date

Ragland maintains the facts in her proof of claim.  Her first notice from her attorney Morris (on the Albert Defamation case) about Albert's case, an attorney who is not a bankruptcy attorney and Albert should not have assumed would be on this case, was AFTER Ragland submitted her POC and AFTER Albert's case was converted.

Case No. 8:18-bk-10548-ES

Ragland cannot confirm if his address was right or not, as she never saw the initial

filing. Morris did receive the conversion notice, as did Ragland.

Regardless – Albert's claims are moot. According to the first notice Ragland

did receive in this case, Albert's case was converted from a Chapter 13 to a 7 on June

26, 2018. The POC due date was reset with "No Proof of Claim Deadline".

[Attachment B]

Further, Albert knew when she wrote this opposition her case had already been

converted to a Chapter 7 (Albert Opposition, page 5 line 6-7), which makes Albert's

claims of time barred and even the date on her Opposition (6/21, when the

conversion happened on 6/26) very curious.

Albert should have withdrawn her opposition as moot, but she can't seem to

stop trying to torture Ragland, who frankly wants nothing to do with her.

[Attachment A, Ragland Declaration, items 1-6]


Opposition 3 – Ragland is an "extremist"

Ragland is not even sure what that means, or its relevance to her POC. Albert

has made such wild claims since she first posted about Ragland on Facebook, calling

her and her daughter "dangerous" and that Ragland was "being investigated for

murder." When Ragland objected to this disparity, after being provided with screen

shots by others disgusted with Albert's derogatory remarks – Albert sued Ragland and

others for Defamation. [Ragland POC -- Attachment A Ragland Declaration, items 11

through 17]

There is the pot calling the kettle black.

Albert lost her defamation claim, thus Ragland was awarded a fee award for

her Anti-Slapp, the subject of Ragland's POC. [Ragland POC -- Attachment B Civil

Case No. 8:18-bk-10548-ES

Court Fee Award Minute Order; Ragland POC -- Attachment C Albert V Ragland

Appellate Fee Award Opinion, page 22 top paragraph, and page 23 middle page, and

page 24 second paragraph]

This court should not allow Albert to continue to try to litigate the same bogus

"issues" over and over, once again with no proof to back up her claims. She lost

because there are simply no facts to back up what she is saying. One would think an

attorney would understand courts operate on facts.


<u>Opposition 4 – Ragland did not win her lawsuit on the basis of not defaming</u>

<u>debtor;  the Yelp Reviews were Coordinated by a "group of extremists"</u>

Ragland won in Albert's bogus defamation lawsuit against her because Albert,

who is an attorney, could not prove her case.  [Ragland POC -- Attachment C Albert V

Ragland Appellate Fee Award Opinion Ragland POC -- Attachment C Appellate Fee

Award Opinion, page 22 top paragraph, and page 23 middle page, and page 24

second paragraph; Attachment C, Appellate Opinion Albert v Ragland on Albert

Defamation Case]

Albert has absolutely no evidence otherwise, and if she did she should have

presented it in the two chances she had to litigate that bogus defamation case.

Albert tried to convince the court Ragland is an extremist who coordinated Yelp

reviews against Albert.  Ragland is aware unhappy clients posted Yelp reviews against

Albert, but had nothing to do with it and did not post her own (maybe she should

have.)  Albert already lost on these claims in her bogus defamation lawsuit.

Regardless – Albert did not make her case, because there was not a case to

begin with.  She should be sued for malicious prosecution or deemed a vexatious

Case No. 8:18-bk-10548-ES

litigant.  Ragland has a judgment for attorney's fees against Albert, the subject of

Ragland's POC.

Albert also claims Ragland is a "paper terrorist". There once again is the pot

calling the kettle black.  Ragland refers this court to the appellate court's opinion in

Albert's bogus defamation case, where the court stated:

"Indeed, if anything, **the size of the docket** lends *support* to the fee award.

It shows **the record has grown to Brobdingnagian proportions** and it

would take an attorney significant time to master it." [Ragland POC --

Attachment C Appellate Fee Award Opinion, page 23 middle page]

And:

"Though anti-SLAPP motions are intended to winnow out meritless claims at an

"early stage" (Baral v. Schnitt (2016) 1 Cal.5th 376, 385), **our record is still**

**voluminous (and that's without augmenting it as requested by Albert**

(see fn. 2, ante)). Beyond that, **much of Albert's briefing in regard to the**

**three individual defendants Ragland, Rozier and Nikolic is unhelpful.**"

[Attachment C, Appellate Opinion Albert v Ragland on Albert Defamation Case,

page 6 bottom paragraph and page 7 top paragraph]

Further, Albert's assertion Ragland won not because Ragland did not defame

Albert, but instead "on the basis that the opposition was not set up properly" [Albert

Opposition to Ragland's POC, page 3, lines 3-9] is not supported by the court record.

The appellate court's opinion states:

"To the degree that Albert raises prong two arguments regarding statements of Ragland, Rozier or Nikolic in her opening brief, she has failed to show prejudicial error on appeal by insufficiently specifying record references. (See Bernard, supra, 226 Cal.App.3d at p. 1205.) **She has further failed to show prejudicial error by failing to provide the exact language of any of those statements. Nor has Albert made any attempt to explain the context of any statement**." [Attachment C, Appellate Opinion Albert v Ragland on Albert Defamation Case, page 11 bottom paragraph and page 12 top paragraph]

In other words – Albert lost because she could not prove her case.  She could not provide the court with actual defamatory comments Ragland made, or their context.   Since Albert is an attorney, and one presumes she knows how to do provide actual evidence – her assertion she lost because the "opposition was not set up properly" is ridiculous and false.  She could not make her case, period--because it was meritless to begin with.  She needs to take responsibility and stop blaming everyone else for her entire life.

Opposition 5 – Ragland committed "acts of domestic terrorism" against debtor
Albert once again attempts to rehash her defamation case SHE LOST.  (See Opposition #4, above.)

Ragland is a single mom with two kids, who successfully won against US Bank *Ragland v. U.S. Bank National Association, 209 Cal.App.4th 182 (2012)*, and Wells Fargo (*Wells Fargo v. Ragland, case sealed*)--who also has an Autistic son.  She helps parents of special needs children learn their educational rights, and she has

innovative services to help special needs kids become more 'normal'. Ragland has an association for special needs parents, exceeding one thousand parents.

Ragland was an appointed official, serving as the head of Economic Development Business Growth and Retention in Rancho Santa Margarita, for ten years. Ragland was asked to run for election due to corruption in the Capistrano Unified School District, by other officials, and did so. Ragland has been a board member of the ETI Equestrian Trails Inc. group, and an adult leader helping kids in the 4H organization for the past eight years. Ragland is a long standing member of the Orange County Large Animal Rescue Team (LART) and helped evacuate horses during the Canyon 2 fire, and the 2007 canyon fires. Ragland started and leads a committee to save the trails in the Orange County canyon areas.

Ragland has her hands full with her own life. She is uninterested in Albert and her constant drama, and wants Albert to stop harassing her, filing false lawsuits and oppositions against her, and otherwise wasting Ragland's hard earned money and time.

Albert has provided no proof of her comments. Ragland is not a "domestic terrorist" under 11 USC 101 or any other statute or law. If Albert has been unable to prove this after suing Ragland for defamation and making these claims for years now then clearly she cannot. This court should insist Albert back up her claims with actual evidence and should prove it now, or Albert should shut up and stop her derogatory comments. But, Albert cannot prove her claims, as it is not true. Ragland's POC should stand. [Attachment A -- Ragland Declaration, Items 7 - 27]

//

//

//

Case No. 8:18-bk-10548-ES

### Opposition 6 – Ragland sought Albert out

Albert once again attempts to rehash her defamation case SHE LOST.  (See Opposition #4, above.)

Ragland did not seek Albert out. She had no idea who she even was.  In fact – Ragland did not know millions of other homeowners were also illegally foreclosed on, until she won her US Bank appeal.  As already spelled out in Ragland's prior declaration – Albert sought her out when Ragland won her published appeal vs. US Bank.  [Ragland POC – Attachment A Ragland declaration, items 3-6]

This is just another one of Albert's lies. In fact, Ragland had no idea at the time why Albert called a group of homeowners together.  Ragland was under the impression she was there to help other homeowners, since she had already won her published appeal and was the only one who had.

In fact – Albert's meetings did not center around "marshalling discovery" as Albert claims.  Ragland was already well aware of how to gather evidence.  Ragland won her US Bank appeal based on evidence!!  At this point Ragland had 2 boxes of evidence, countless online evidence, and 3 volumes of depositions.  Ragland's own appeal shows it was determined based on the EVIDENCE. *Ragland v. U.S. Bank National Association, 209 Cal.App.4th 182 (2012)*

What Albert did was spin wild tales about the mafia being after her, and ICE being after her and other homeowners.  She told people to buy hidden cameras, and engendered fear.   We soon discovered her tall tales, and the meetings ended.

Ragland never told Albert she "could not afford her attorney's hourly rate".  Ragland did not discuss her attorney fee arrangement with Albert, and it was none of Albert's business.  When Albert started criticizing Ragland's attorney Travis Jack and his handling of Ragland's US Bank case, Ragland felt as if Albert was trying to prove

Case No. 8:18-bk-10548-ES

she was a better attorney, to take her US Bank case which had already won on

appeal--and was a strong case with large dollar potential.  Ragland did not feel

comfortable with Albert representing her, and ignored her attempts.

Ragland was always represented by other counsel in her US Bank case, and

never Albert.  However, Albert did pretend to be Ragland's "Special counsel" in her US

Bank case, and filed a CFPB complaint without Ragland's permission as such.  Albert

ended up making confidential information public in her US Bank case by filing this

complaint without Ragland's permission, and Ragland was in fact fuming over this.

Albert then proceeded to show up for hearings Ragland had vs US Bank, and

go talk to the judge stating she was friends with him.  Ragland found that odd, but

assumed Albert was trying to learn from her winning case.  At no time did Ragland

ask Albert to do this, as Ragland was at all times in her US Bank case represented by

other counsel. [Attachment A -- Ragland Declaration, items 28 – 39]

Regardless—this attempted rehashing of Albert's bogus defamation case is

irrelevant to Ragland's valid POC.


Opposition 7 – Ragland makes money from homeowners

Albert once again attempts to rehash her defamation case SHE LOST.  (See

Opposition #4, above.)

Ragland does not now and has never made money from homeowners for

anything bank, mortgage or foreclosure related.  She has however, after not only

fighting US Bank successfully for six years, but also Wells Fargo for four more years—

has helped many homeowners learn what she did for free.  At no time was any of this

information from Albert.  In fact, Ragland is unaware of any actual wins Albert has

Case No. 8:18-bk-10548-ES

had against the banks which were upheld. [Attachment A -- Ragland Declaration, items 40 – 41]

Regardless – whether Ragland makes money or not from homeowners, bank, mortgage, or foreclosure related topics (and she does not) is irrelevant to Ragland's valid POC.  In fact – how Ragland makes money is none of Albert's business.


Opposition 8 – Ragland "attacked" Albert in Facebook

Albert once again attempts to rehash her defamation case SHE LOST.  (See Opposition #4, above.)

Ragland did not "attack" Albert in Facebook. Ragland posted something on her own timeline, and Albert came to Ragland's Facebook page and started an argument. [Attachment D- Ragland Facebook post Albert Hijacked]  After this, Ragland blocked Albert.

Albert then proceeded to tag her foreclosure clients, in a breach of confidentiality. When they did not come to her rescue in Facebook, she fired them by email.  [Attachment E – Albert email firing clients over Facebook post]

Several of these clients ended up losing their homes.  Albert did not do work on their cases and would not leave to allow another attorney to do the work.  Many of these clients then posted bad Yelp and Ripoff Report reviews.  This is when Albert decided to sue Ragland and others, including Yelp and Ripoff Report, blaming them for the bad reviews in what has been referred to here as the "Bogus Defamation Lawsuit." As already spelled out in Opposition #4, Albert LOST.  [Attachment A -- Ragland Declaration, items 42 – 50]

Regardless – Facebook has nothing to do with Ragland's valid POC.

Opposition 9 – Albert helped Ragland with Ragland's US Bank case, and Ragland
was "taught by Albert about discovery"

Albert once again attempts to rehash her defamation case SHE LOST.  (See
Opposition #4, above.)

Albert claims Mary McCulley (who Albert lied to while she was in jail, turning
Mary against many people trying to help her, in Albert's zeal to be associated with
Mary's winning US Bank case) discovered fraud in Ragland's case.  While Ragland and
McCulley were previously friends until Albert interfered for her own selfish reasons –
McCulley was not responsible for this discovery, Ragland was.  In fact – Ragland had
already won her published appeal with a fraud cause of action.

Ragland discovered the additional fraud evidence when she had someone run a
property profile on her old house.  Ragland, after having already won her appeal on
summary judgment, knew very well what to do with this information.  Unfortunately,
Ragland was so excited to find it she made the mistake of telling Albert and others,
and Albert promptly revealed this information to US Bank, harming Ragland's case.
[Attachment A -- Ragland Declaration, items 51 - 68]

Regardless – this has nothing to do with Ragland's valid POC.


Opposition 10 – Ragland milks banks and government entities, committed fraud,
is in a group of "sovereign extremists" and "sovereign citizens", and has a "history of
violence"

Albert once again attempts to rehash her defamation case SHE LOST.  (See
Opposition #4, above.)

Albert has no proof of any of these statements and they are all false and
further they are ridiculous.

Ragland does not "milk banks" or government entities, though she did receive a confidential settlement after day one of her trial vs. US Bank.  Albert pretends to know the amount but she does not.

Ragland has not committed fraud in anything, and Albert provides no evidence to support this defamatory statement.  Further, because Albert has not proven fraud or even asserted actual elements of Fraud – her statement that Ragland "profit(ed) from their(her) own fraud" is without merit.  Albert did not plead the elements of fraud.

"The elements of fraud are (1) the defendant made a false representation as to a past or existing material fact; (2) the defendant knew the representation was false at the time it was made; (3) in making the representation, the defendant intended to deceive the plaintiff; (4) the plaintiff justifiably and reasonably relied on the representation; and (5) the plaintiff suffered resulting damages. (Lazar v. Superior Court (1996) 12 Cal.4th 631, 638.)" *Ragland v. U.S. Bank National Association, 209 Cal.App.4th 182 (2012)*


There is no fraud.

Albert put together her meetings, and then later proceeded to call participants— most of whom previously did not know each other -- a group of "sovereign extremists", "sovereign citizens", and "gang stalkers".

As already covered, Ragland is not an "extremist" or "sovereign extremist", and Albert presents no evidence she is.  [Opposition #3, above]

Ragland is not a "sovereign citizen" or "gang stalker", either.  Ragland does not even know what exactly a sovereign citizen is, but she does know that Albert in trying to turn people against Ragland and the other subjects of Albert's ire for no reason,

Case No. 8:18-bk-10548-ES

Albert has repeatedly accused Ragland and others of this. Regardless, Albert has presented no proof, and could not make this case in her bogus defamation lawsuit, either.    [Attachment A -- Ragland Declaration, items 69 - 77]

Albert has once again made a bunch of wild claims with no proof.   Even if Ragland was an extremist, or sovereign citizen – this has nothing to do with her valid POC.  But the fact remains she is not, and has not committed fraud, either.

Opposition 11 – Ragland did not serve Debtor with her Proof of Claim

This is true, however Ragland did not see in the rules for a POC which she got online, since she was not properly included in the Debtor's list of creditors, that serving Albert was necessary.  Albert did not provide any rule, law, or case law to prove that serving her with a POC is necessary.  Further, since Albert's case was converted to a Chapter 7, a proof of claim is no longer being requested.  [Attachment A -- Ragland Declaration, items 78 - 79]

Although Albert clearly has Ragland's POC, Ragland will serve Albert with it, and of course this Opposition.

Opposition 12 – Ragland has a "history of violence"

Albert's comment on page 4 of her opposition accusing Ragland of having a "history of violence" is the most defamatory and concerning of all.  This is totally false and without basis.  Why does an attorney feel so emboldened to tell a flat out lie to the court?  Not to mention, this is defamatory.

Albert did however, in the course of her bogus defamation lawsuit against Ragland, send emails when she was told not to email Ragland, and copy a large group of people – including the then assistant AG of California.  In these emails, when

Case No. 8:18-bk-10548-ES

Ragland asked Albert to stop having her known Facebook aliases try to "friend"

Ragland's then 12 year old daughter on Facebook – Albert repeatedly called for people

to call Child Protective Services (CPS) on Ragland!!

Albert further stated in an email, the contents of which is seared into Ragland's

brain it is so disturbing:

**"You probably use your co-intel moves on your kids to make them want**

**to go up in their rooms and kill themselves."**

At that point Ragland called the Sherriff, in fear Albert would harm her kids,

incite others to harm her kids, or call CPS.  The Sherriff knew Albert from her antics at

the Koshak house, and advised Ragland she could file a restraining order to stop

Albert's harassment.  Ragland had already put forth significant time and money

resources fighting Albert, and chose to ignore her comments with assurances from the

Sherriff department if she carried through on any threats, she had legal protection.

Albert then attempted to file a TRO into her bogus defamation lawsuit case, not

the proper court, the following Monday!!  The pot once again calling the kettle black.

Albert lost her motion for a restraining order.  [Attachment A -- Ragland Declaration,

items 80 - 96]

Regardless – none of this has anything to do with Ragland's valid POC.  But

these kinds of lies by someone who is supposed to be an officer of the court should

concern this court greatly, as Albert simply cannot be believed.


Opposition 11 – Ragland has "unclean hands"

Albert once again attempts to rehash her defamation case SHE LOST.  (See

Opposition #4, above.)

Case No. 8:18-bk-10548-ES

Albert has presented no actual evidence, other than her rambling accusations, that Ragland has unclean hands. [Attachment A -- Ragland Declaration, item 97] Ragland's POC is valid.

In addition to all this, Albert's opposition attachments are faint and illegible. Further, Albert did not include a Proof of Service, so her opposition should be stricken in its entirety.  [Attachment A -- Ragland Declaration, items 98 - 100]

## CONCLUSION

WHEREFORE Ms. Ragland, a creditor of Debtor Ms. Albert, respectfully requests this court and the Trustee allow her proof of claim to be filed.  The court also requests Albert's opposition is stricken in its entirety, as it does not contain a valid Proof of Service, and is illegible so Ragland is without the benefit of the full opposition.

Dated:  July 27, 2018

Respectfully Submitted

_Pam Ragland_

_____

Pam Ragland, Creditor

Case No. 8:18-bk-10548-ES

**PROOF OF SERVICE**

This notice was served via direct service at the court house, or email, as specified below.

    a. In person filing at the court window: US BANKRUPTCY COURT, 411 W 4th St, Santa Ana, CA 92701 on July 30, 2018

    b. In  person filing at the court window via the docket:  Chapter 7 Trustee, US BANKRUPTCY COURT, 411 W 4th St, Santa Ana, CA 92701 on July 30, 2018

    c. In person dropping in the Judge's box for Judge Smith, at the US BANKRUPTCY COURT, 411 W 4th St, Santa Ana, CA 92701 on July 30, 2018

    d. Email service to Lenore Albert-Sheridan on July 30, 2018 at

I declare under penalty under the laws of the State of California that the foregoing in true and correct.

Executed on July 30, 2018 at Mission Viejo, California.



Case No. 8:18-bk-10548-ES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# <u>Attachment A</u> – Declaration and Affirmation

Case No. 8:18-bk-10548-ES

## DECLARATION and AFFIRMATION   --- ATTACHMENT A

I, Pam Ragland, declare:

1. I am not an attorney.  I am a creditor in the Bankruptcy proceeding identified as 8:18-bk-10548-ES (Lenore Albert Sheridan).

2. Except as set forth herein, I have personal knowledge of the facts set forth in this declaration and if called upon to do so, I could and would testify competently to them.  I make this declaration in support of my proof of claim, and Opposition to Debtor's Bankruptcy filing.

3. I did not authorize Albert to serve my attorney in her bogus defamation lawsuit, for her bankruptcy.

4. I cannot verify his address was right as I never saw her initial filing.

5. My first communication from Mr. Morris about Albert's bankruptcy was AFTER I filed my Proof of Claim with the court.

6. I have tried and tried to be free of Albert.  It is my opinion she has serious issues.  When I blocked her, she sued me for defamation. When she asked for me by name in court, I called in on court call instead, tired of her dragging me into court. When she persisted in filing a frivolous TRO into the civil case, I was finally forced to hire an attorney so I did not have to spend all my time opposing her nonsense.  My fee award for that is my Proof of Claim I submitted.

7. I am a single mom with two kids.  We have been fighting banks since my kids were 6 & 7 years old. My kids are now 15 (almost 16), and 17.

8. In 2012 I won a published appeal to US Bank's MSJ.

9. In 2017 I won a four year wrongful eviction brought by Wells Fargo, which is sealed. This case started before I could even finish my US Bank case.

Case No. 8:18-bk-10548-ES

10. I have helped others learn what I did to fight an eviction by the wrong party, using what I learned fighting Wells Fargo--all for free.

11. I learned education rights and law, due to learning the law fighting US Bank.

12. I help parents learn about their special need child / children's educational rights.

13. I help special needs kids improve, showing considerable improvement in their disability, with a Trade Secret process I developed.

14. My parent association presently has almost 1,100 parents, with 200 more on the waiting list.

15. I was appointed in Rancho Santa Margarita by the RSM City Council, to head the Business Growth and Retention area of Economic Development for the city. This appointment lasted 10 years, all volunteer, until a paid consultant was brought in to do the work.

16. I was asked by key members of the RSM City Council to run for office, due to corruption in CUSD.  At that time their Superintendent was indicted by the DA, and he was trying to infiltrate our city.

17. I was a board member of the ETI Equestrian Trails Inc. group.  I initiated the use of member email lists to fight several canyon development projects, including a jail expansion. We won.

18. I have been an adult leader in 4H for the past eight or even nine years.  I have been live scanned several times and always passed.

19. I was a member of the first OC horse/large animal rescue team in Trabuco Canyon.  I helped with 2007 animal evacuations and multiple drills beforehand.

20. When that group transitioned to what is LART today, I became a member of that large animal rescue team.  I helped direct the evacuation dozens of horses in the Canyon 2 fire.

Case No. 8:18-bk-10548-ES

21. When a conservancy company tried to sell donated land for development, I formed a trails committee in the canyons, informed people of their trail rights, and saved the trails. That group presently has almost 160 families in it.

22. I drive my kids to and from school in the school year, in two different directions, in addition to my volunteer activities and my own business.

23. I feel Albert is jealous of me, got mad when I would not hire her for my US Bank case, tried to associate herself with Mary McCulley's US Bank case win like she did my US Bank case win, and has it out for me to make my life hell as a result of her own personal issues.

24. I believe all of Alberts bogus comments, stalker claims, and her bogus defamation lawsuit (and who knows on her supposed new defamation lawsuit) are the product of her intense jealousy against me.

25. I have personally spent more than $40,000 of my family's hard earned money fighting Lenore Albert.

26. It is very frustrating Lenore Albert can bring bogus lawsuits, then just file bankruptcy and not have to be accountable for her own actions, and the fee award I am legally entitled do.

27. I am not a domestic or any other kind of terrorist. But if I saw the definition, it is possible Lenore Albert actually fits that bill. She certainly in my view has terrorized a lot of people -- including me.

28. Lenore Albert's "meetings" (whose purpose is still unknown) did not teach me anything about Discovery. By that point I had already done all the discovery, and depositions, in my US Bank case AND won my appeal on their basis.

29. It is my opinion Albert was either pumping us for our ideas, to use on her own cases, or trying to troll us to become her clients.

30. Albert's meetings included topics on things like getting a deer camera for surveillance, since we were all "being watched", her claims of the Armenian Mafia going after her for being a homeowner advocate (including apparently smashing her car window, though I never saw proof of that), and her claims that ICE was after her for some reason. She also pumped us for information on what we knew and where our cases were.

31. Several of us began to doubt the value of these meetings taking up our Sunday afternoon and evening, and stopped going – including me.

32. I never told Lenore Albert I could not afford my attorney's hourly rate.

33. I never solicited Albert's help on my case.

34. Albert criticized my US Bank attorney's handling of my case, that he had not called experts fast enough, that he had not gathered appropriate evidence and so on. She had no idea what evidence I had, and I never discussed all my evidence with her as I frankly had a gut feeling not to trust her.

35. I felt Albert was trying to solicit me to fire my US Bank attorney, and hire her, instead.

36. I was always represented by counsel for my US Bank case.

37. Albert never represented me but she pretended to. She did an unauthorized CFPB complaint as my "Special Counsel". She gave US Bank confidential information I had discovered and did not yet want them to know. I had told "the group" because I was excited to find it... to my detriment, due to her inability to keep the evidence confidential.

38. I was very mad Albert divulged my confidential evidence in the CFPB complaint and pretended to be my special counsel, as it impacted my trial. I should have filed a Bar complaint against her, but so far I have not.

39. Albert showed up at my US Bank hearings.  She sat by me, leaving the impression she was my counsel. I was surprised, as I had not asked her to do that.  She walked over to the judge, talked to him, then came back and said they were "friends."  I now feel she was trying to leave the impression she represented me on my US Bank case – which she never did.

40. I do not now and never have made money from homeowners for bank or foreclosure related anything. I have never charged homeowners for anything relating to wrongful foreclosure or fighting banks. Albert is lying to the court about this (and not just this.)

41. I don't know of any cases Lenore Albert has won for homeowners. I do know of cases like the Koshaks where they are now stuck with six figure attorney bills for the opposing side, lost their home, and lost much of their property and had to buy back what they could.  In my opinion Albert harmed them greatly.

42. I posted about Mary McCulley's US Bank win on Facebook to get attention for her wrongful imprisonment due to her US Bank case.

43. Albert came onto my post on my timeline, and started arguing with people that US Bank did not lie, and she could be held liable for my comments which was just stupid and untrue.

44. All kinds of people told Albert she was wrong.

45. Albert then tagged many of her clients in the Facebook comments, violating their privacy.  One is a Gold Medal Olympian who at that time had not told people publicly her home was in foreclosure.

46. I am aware that Albert timed out one of the cases for failure to prosecute.
(Cindy Brown.)

Case No. 8:18-bk-10548-ES

47. I was told by Sherry Hernandez that she tried to hire counsel to complete her appeal, after being fired by Albert, and Albert refused to sub out on her case until one minute before Sherry's appellate brief was due.  Other attorneys would not take the case while Albert was still on it.  Albert did not file a brief herself, and Sherry lost her home and was forced to move.

48. I am aware that some of these people angry with Lenore posted Yelp and Ripoff report reviews, which is their right.

49. Albert, after going on Facebook and calling me and  my then 12 year old child "Dangerous" saying I was under investigation for murder, and implying we and others were criminals --  then sued all of us, Yelp, Ripoff Report, and some attorneys with sanctions against Albert  for defamation.

50. That lawsuit is what I refer to as the "bogus defamation lawsuit." After costing me a lot of time and money, Albert ultimately lost on appeal.

51. Mary did not discover the important US Bank evidence for my case Albert claims. I found it when I asked someone to run a property profile.

52. I knew exactly what to do with the information I found, and did not need either Albert or Mary's help with that.

53. I did however tell the foreclosure "group" which turned out to be a mistake, as Albert promptly let US Bank know potentially harming my trial in my opinion.

54. Mary had however helped me find things, and I had helped her.

55. Mary McCulley won 6 million in a fraud case against US Bank.

56. Mary was subsequently prosecuted and jailed for a year in Federal Prison, in high security, for supposedly impersonating a Federal agent.

57. I reviewed Mary's evidence, as reported by the man found to have forged her loan in her US Bank trial – and felt the charges were lies.

58. Mary had pled to get to her US Bank trial, and after in sentencing the prosecutor recommended probation – and the judge sentenced her to a year in a high security Federal Prison.

59. Albert inserted herself into the process. She told Mary's attorney (public defender in Montana) not to file something he needed to file. Then she told Mary he was incompetent and Lenore should take the case.  This is what he told me.

60. Albert then took over Mary's appeal, which she ultimately lost.

61. Mary stayed in jail the entire year.

62. Albert interfered with me trying to help get publicity for Mary when she was wrongly imprisoned, as Mary McCulley had asked me to do, and I had agreed.

63. I was running two due process education cases for my son three weeks apart, and went without sleep to help Mary.

64. Albert intercepted my press releases and refused to "approve" them and made a big mess of them, claiming to be a PR expert.

65. No local media outlet picked up the releases she had messed up, despite me having direct PR contacts.  They were a jumbled, disorganized, voluminous mess.

66. Suddenly I learned Mary had turned against me, when Albert showed up in the bogus defamation lawsuit with private conversations Mary and I had while she was in jail.  I felt betrayed as I had gone to extensive personal sacrifice to help Mary, and we had been friends a while.

67. Then Lenore lied to Mary.  I just don't know the lies, but suddenly Mary decided we all turned against her. This was and is blatantly false.  I find it despicable Lenore would lead Mary to believe she had no real friends but her in her time of need.

68. In my opinion, Albert was continually trying to associate herself with Albert's six million win and she threw us all under the bus for her greed and ego.

69. Also in my opinion, instead of doing a writ to get Mary out of jail, Albert jumped to a higher court so she could take over the case (where she was admitted) – which in my opinion kept Mary in jail the entire year, since both items could not be heard in the same court at the same time. I was helpless to help Mary, with Lenore's meddling.

70. I have not "milked" banks or governments. What does this even mean?

71. Albert has more than once wrongly declared the amount of my confidential settlement with US Bank, although she is wrong (and I never told her – I was not even speaking to her by then.) She is guessing.

72. I deny committing any fraud.

73. Since I have not committed fraud, I have not profited from it, either.

74. I am not a "sovereign extremist", or a "sovereign citizen"

75. I am not a "gang stalker" as Albert has accused me of multiple times

76. I met the people Albert has called these things via Alberts meetings we still have no idea the purpose of.

77. She basically created a group she could then say was all against her, which is just ludicrous.

78. I think she did some of this to make Mary McCulley feel sorry for her, and pay Albert her settlement money she knew Mary had from winning against US Bank. But that is my guess.

79. I did not receive any bankruptcy filings before I filed my Proof of Claim. If I had to serve Albert I did not know it.

Case No. 8:18-bk-10548-ES

80. In fact, I was not served in my own Bankruptcy by anyone -- so if this is the process I had no frame of reference.

81. I have no history of violence.  Albert is literally lying to this court.

82. Albert copied me on emails in her bogus defamation lawsuit, even though I told her to stop emailing me.

83. But since she did email me, and one of the aliases on Facebook she had testified in court was hers had tried to "friend" my then 12 year old daughter on Facebook – I replied and told her to cease and desist stalking my child.

84. Albert responded with a tirade, copying many people – including the assistant AG of California.

85. Albert repeatedly said to a huge email list that CPS should be called on me, and in my opinion tried to incite people to call CPS on me.

86. Albert then sent an email that included this:  "You probably use your co-intel moves on your kids to make them want to go up in their rooms and kill themselves."

87. I was shocked and worried for my kid's safety, and also that Albert would call CPS or cause someone else to call CPS.  So I called the Sherriff.

88. It turns out the Sherriff who arrived was on overtime, and had been stationed full time at the Koshak house due to all the crazy antics Albert had  pulled there.

89. He told me it made him sick to see the Koshaks high-five themselves to pay for their belongings, when they could have had them for free but for Albert's bad advice.

90. He told me she thrived on drama.

91. He told me she could be prosecuted for a false CPS report, which made me feel better.

Case No. 8:18-bk-10548-ES

92. He told me I could file a restraining order against her, and with all those threatening emails it would likely be granted.

93. Then he said some Zen like thing about her sucking my energy, and I decided that I would let it go.

94. The next Monday she filed for a TRO in her bogus defamation case against us, instead of the right court.

95. I had to spend all weekend replying, instead of spending time with my kids.

96. Albert lost.

97. I hired attorney Morris to fight her from then on.

98. I do not have "unclean hands"

99. Albert's opposition contains about a half inch of illegible paper, everything after my own Proof of Claim.

100.    I could not find a Proof of Service in Albert's opposition to my POC.

101.    I do not think she served her opposition when she said she did, as she references the court converting her BK to a Chapter 7 which happened on June 26 according to the notice I got from the BK Court, Yet, her Opposition is signed June 21.


I declare under penalty under the laws of the State of California that the foregoing in true and correct.

Executed on July 27, 2018 at Mission Viejo, California.



Case No. 8:18-bk-10548-ES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Attachment B – BK court Re:
# Albert Chapter 7

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Lenore LuAnn Albert–Sheridan** | Social Security number or ITIN | 380–74–3020 |
| | First Name    Middle Name    Last Name | EIN | 20–0762198 |
| Debtor 2 | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Central District of California** | | Date case filed in chapter 13 | 2/20/18 |
| Case number:    **8:18–bk–10548–ES** | | Date case converted to chapter 7 | 6/26/18 |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lenore LuAnn Albert–Sheridan | |
| 2. | **All other names used in the last 8 years** | aka Lenore LuAnn Albert–Sheridan, dba Law Offices of Lenore Albert | |
| 3. | **Address** | 14272 Hoover St #69 Westminster, CA 92683 | |
| 4. | **Debtor's attorney** Name and address | Lenore LuAnn Albert–Sheridan 14272 Hoover St #69 Westminster, CA 92683 | Contact phone _____ Email _____ |
| 5. | **Bankruptcy trustee** Name and address | Jeffrey I Golden (TR) Weiland Golden Goodrich LLP P.O. Box 2470 Costa Mesa, CA 92628–2470 | Contact phone (714) 966–1000 Email _____ |

197/STE

For more information, see pages 2 and 3 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**    page 1

Debtor **Lenore LuAnn Albert–Sheridan**                              Case number **8:18–bk–10548–ES**

---

| **6. Bankruptcy clerk's office** | 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593 | Hours Open: 9:00 AM – 4:00 PM |
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone 855–460–9641 |
| | | Dated: 6/26/18 |

---

| **7. Meeting of creditors** | **August 8, 2018 at 08:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | **411 W Fourth St., Room 3–110, Santa Ana, CA 92701** |

---

| **8. Presumption of abuse** | The presumption of abuse does not arise. |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

---

| **9. Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/9/18** |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

---

| **10. Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| Please do not file a proof of claim unless you receive a notice to do so. | |

---

| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

---

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

---

For more information, see pages 1 and 3 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page 2

026497          **67805026523015**

Case No. 8:18-bk-10548-ES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Attachment C – Albert v Ragland Appellate Opinion, Ragland Anti-Slapp

Electronically FILED on 3/6/2018 by Alex Reynoso, Deputy Clerk

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| LENORE ALBERT, | |
| Plaintiff and Appellant, | G052204 |
| v. | (Super. Ct. No. 30-2014-00738725) |
| PAM RAGLAND et al., | O P I N I O N |
| Defendants and Respondents. | |

Appeal from a judgment of the Superior Court of Orange County, Geoffrey T. Glass, Judge.  Affirmed.

Law Offices of Lenore Albert and Lenore L. Albert for Plaintiff and Appellant.

Morris & Stone, Aaron P. Morris and Deanna Stone Killeen for Defendant and Respondent Pam Ragland.

Brutzkus Gubner Rozansky Seror Weber, Jeffrey A. Kobulnick, Susan S. Baker; Gingras Law Office and David S. Gingras for Defendant and Respondent Xcentric Ventures, LLC.

Law Offices of Adrianos Facchetti, Adrianos Facchetti, and Aaron Schur for Defendant and Respondent Yelp, Inc.

\*          \*          \*

## I. OVERVIEW

This is one of three appeals arising out of an omnibus complaint (Orange County Superior Court case number 30-2014-00738725, or the "725 action") filed by lawyer Lenore Albert against multiple defendants she alleges defamed her. All the appeals arise out of anti-SLAPP[1] motions on which Albert was either entirely, or in part, the losing party: In G052748 (the Hannah appeal), we deal with anti-SLAPP motions brought by three attorney defendants, Mitchell Hannah, Devin Lucas, and David Seal. In this appeal G052204 (the Ragland appeal), we deal with the anti-SLAPP motions of internet provider Xcentric Ventures, and private individuals Pam Ragland, Karen Rozier and Maegan Nikolic. An attorney fee award in favor of Yelp, Inc., based on an earlier successful anti-SLAPP motion, is included in this appeal as well. And finally, in the third case G053172 (the Seal appeal), we deal with the merits of Albert's own *unsuccessful* anti-SLAPP motion against attorney David Seal's cross-complaint.

One reason for the scattered nature of the appeals from the diverse anti-SLAPP orders is that the various anti-SLAPP motions of the several defendants did not all come in at the same time. In this, the Ragland appeal, Xcentric, Pam Ragland, Karen

---

[1]    All references to the anti-SLAPP statute are to section 425.16 of the Code of Civil Procedure, and all undesignated statutory references are to the Code of Civil Procedure. Any undesignated reference to a subdivision is to section 425.16 of the Code of Civil Procedure.

When we refer to "prong one" of the anti-SLAPP statute, we refer to whether a given claim qualifies for anti-SLAPP treatment in the first place. When we refer to "prong two" of the anti-SLAPP statute, we refer to whether the claim is sufficiently viable to survive anti-SLAPP treatment. (See *Armin v. Riverside Community Hospital* (2016) 5 Cal.App.5th 810, 820, fn. 10.)

Rozier and Maegan Nikolic all filed their anti-SLAPP motions in the winter of 2014, which was after Albert's first amended complaint in the 725 action, but before her second amended complaint, which named additional defendants who are the subjects of the Hannah and Seal appeals. As we explain, Albert is thus stuck with the causes of action alleged in her first amended complaint and cannot add new ones. This plays a part in our affirmance of the trial court.[2]

## II.  THE MERITS OF THE
## ANTI-SLAPP MOTIONS

A. *Xcentric Ventures*

Xcentric Ventures operates the "Ripoff Report" website, which is devoted to consumer complaints, i.e., negative reviews of businesses. (See generally *Global Royalties, Ltd. v. Xcentric Ventures, LLC* (D. Ariz. 2008) 544 F.Supp.2d 929, 930 (*Global*).)  Albert was the target of one of those negative reviews, posted on the site.[3]

---

[2]    Albert filed two motions on January 4, 2016, and another one on January 31, 2017, to augment the record with material not considered by the trial court. All are denied. We do not consider material not before the trial court. (See *In re Zeth S.* (2003) 31 Cal.4th 396, 405.)

[3]    It read: "Lenore Albert is an evil and corrupt attorney with only one plan, to cause the most damage to her clients while taking them for as much money that she can. She promises you the world, meanwhile she works with the defendants, so you end up with no home, and no recourse by the time she is through with you and your case. Then she sends you packing and doesn't give a hoot if you gave her your last dime. [¶] She will do everything in her power to make you lose your home and is incapable of handling a trial so; she either loses the case due to a missed filing or because of her lackluster understanding of the new laws in real estate litigation. [¶] She is so paranoid because of all the clients she has burned, and creates so much conflict so others will not get together to discuss her unethical handling of their cases, so her illegal practices do not come to the surface. I am here to tell you that we know that she has her new clients spy on her long term clients so she can find an excuse to dismiss them and damage their cases. [¶] She uses Facebook as a spying tool and I recommend that everyone block her so she does not continue her ambulance chasing tactics because that is how she gets 80% of her clientele. She filed a false temporary restraining order on a guy who worked for her after he found out that she was damaging clients on purpose. The other assistants in her office, six and counting, have had the same type of outcome when they chose to leave her firm, they are blamed for her missed filings and reason for cases being dismissed, she even holds their last checks. [¶] She targets people of color, because she believes they are stupid and no one is going to believe them, and they have no way of fighting back. She will go as far as to blackmail, coerce, and terrorize in order to get what she wants without batting an eye, and refuses to take advice or consider new information in order to build your case so she lives for clients' retainers and files the bare minimum. [¶] I do not recommend her and if you do use her, you will regret it."

3

Albert's first amended complaint listed only three causes of action against Xcentric: defamation, interference with economic advantage, and intentional infliction of emotional distress.

There is no question that to the degree Xcentric simply operates a website for people who want to complain about businesses, it is immune, under section 230 of the federal Telecommunications Act of 1996 (47 U.S.C. § 230), from causes of action based on any content posted by those complainers. (See *Global, supra*, 544 F.Supp.2d at p. 933 [even though Ripoff Report "encourages publication of defamatory content" it was still immune under section 230 because of exercise of publisher's traditional editorial function]; *Hupp v. Freedom Communications, Inc.* (2013) 221 Cal.App.4th 398 [newspaper website not responsible for five postings by author of article on the website]; see also *Zeran v. America Online, Inc.* (4th Cir. 1997) 129 F.3d 327; *Batzel v. Smith* (9th Cir. 2008) 333 F.3d 1018; *Nemet Chevrolet, Ltd. v. Consumeraffairs.com, Inc.* (4th Cir. 2009) 591 F.3d 250; *Jones v. Dirty World Entertainment Recordings LLC* (6th Cir. 2014) 755 F.3d 398.)[4]

A more problematic question involves certain of Albert's allegations about Xcentric's business model. Albert asserts (in paragraphs 89 through 92 of the first amended complaint) that Xcentric makes money by selling its negative reviews to third parties, who then offer to sell the unfortunate target of those reviews various services to restore the target's online reputation. (Attached to the first amended complaint were emails from three such parties offering to help Albert in some way or other.

---

[4]     Albert's reliance on *Fair Housing Council v. Roommates.com, LLC* (9th Cir. 2008) 521 F.3d 1157 (*Roommates*) does not persuade. *Roommates* involved a website specifically designed to elicit *illegal* housing preferences. (See *Roommates, supra*, 521 F.3d at p. 1170.) But as regards Xcentric, a bad review is not illegal, (even though it might be defamatory   We also note that Albert offered no evidence that Xcentric paid the author of the bad review quoted in footnote 3 to write the review, thereby in part contributing to its content. (Cf. *Hy Cite Corp. v. Badbusinessbureau.com, L.L.C.* (D. Ariz. 2005) 418 F.Supp.2d 1142, 1149 ["Plaintiffs further allege that Defendants 'solicit individuals to submit reports with the promise that individuals may ultimately be compensated for their reports.' These allegations arguably could support a finding that Defendants are 'responsible . . . for the creation or development of information' provided by individuals submitting Rip-off Reports in response to Defendants' solicitation."].)

A stronger variation of that alleged business plan, elaborated on by Albert herself in her briefing though not her complaint, is discussed in *Small Justice LLC v. Xcentric Ventures LLC* (D. Mass. 2015) 99 F.Supp.3d 190, 195, 199, and in *Asia Economic Institute v. Xcentric Ventures, LLC* (Apr. 20, 2010, C.D. Cal. 2010) [2010 WL 11462989] *(Asia Economic)*.   The variation is that Xcentric doesn't just sell the names of the businesses who receive poor reviews to third parties so those third parties can solicit restorative services.  Rather, Xcentric operates its own fee-based services, namely an arbitration service and a "corporate advocacy program" which are aimed at changing the target's internet review status for the better.  That is, Xcentric has a de facto expectation of profit from the bad reviews that other content providers post.  In her briefing, Albert says Xcentric's business model is "akin to extortion."  To paraphrase Albert's business model is "Get a bad review, pay up by way of the arbitration or advocacy program, or suffer a continued trashed reputation."

On this point, however, Albert made the fundamental mistake of waiting until *after* an anti-SLAPP motion was filed before presenting her extortion theory about Xcentric.  When Xcentric filed its anti-SLAPP motion in this case, the operative complaint was Albert's first amended complaint filed in September 2014.  That complaint only alleges causes of action against Xcentric for defamation, interference with economic advantage, and intentional infliction of emotional distress.  None of those causes of action are based on the theory that Albert is the victim of Xcentric's "akin to extortion" business model.  In fact, her trial court papers do not even mention the "commercial speech" exception to the anti-SLAPP statute set forth in section 425.17. (Cf. *Demetriades v. Yelp, Inc.* (2014) 228 Cal.App.4th 294 [Telecommunications Act immunity does not protect Yelp from what Yelp says about itself].)

Perhaps, for sake of argument, Albert might have indeed been able to allege causes of action for unfair competition or even extortion against Xcentric based on allegations of its putatively extortionate business model.  There is some authority to that

effect. (See *Asia Economic, supra* [2010 WL 11462989 at pp. 18-19] [noting even Xcentric conceded that extortion and unfair business practices claims are not within the protection of California's anti-SLAPP statute, thus denying anti-SLAPP motion as to those claims].) But when Xcentric's anti-SLAPP motion was filed, Albert's ability to amend to add new claims ended.[5]  (See *Jackson v. Mayweather* (2017) 10 Cal.App.5th 1240, ___; *Mobile Medical Services, etc. v. Rajaram* (2015) 241 Cal.App.4th 164, 170; *Hansen v. California Department of Corrections & Rehabilitation* (2008) 171 Cal.App.4th 1537, 1547; *Sylmar Air Conditioning v. Pueblo Contracting Services, Inc.* (2004) 122 Cal.App.4th 1049, 1055; see also *Simmons v. Allstate Ins. Co.* (2001) 92 Cal.App.4th 1068, 1073-1074 [importance of operative pleading].)[6]

But that is not before us. Albert did not do so. Since the only causes of action she alleged against Xcentric were necessarily predicated on content posted to Xcentric's site by third parties, the trial judge was correct in granting Xcentric's anti-SLAPP motion and that ruling is affirmed.

B. *Pam Ragland, Karen Rozier and Maegan Nikolic*

1. *Making Sense of the Issues on Appeal*

Though anti-SLAPP motions are intended to winnow out meritless claims at an "early stage" (*Baral v. Schnitt* (2016) 1 Cal.5th 376, 385), our record is still voluminous (and that's without augmenting it as requested by Albert (see fn. 2, *ante*)). Beyond that, much of Albert's briefing in regard to the three individual defendants

---

[5]    Including any theory that Xcentric is an indispensible party required to be in the case merely in order for the court to have jurisdiction over it to have it take down the offending review of Albert's services.

[6]    Two cases add a twist on this rule, but a twist not applicable to Albert's case: *Nguyen-Lam v. Cao* (2009) 171 Cal.App.4th 858 (*Nguyen-Lam*) and *Martin v. Inland Empire Utilities Agency* (2011) 198 Cal.App.4th 611 (*Martin*). Both arise out of the scenario that if a trial court (oxymoronically) *grants* an anti-SLAPP motion *with* leave to amend, it is the functional equivalent of *denying* the anti-SLAPP motion. The trial court here, though, indulged in no such self-contradictory rulings. The anti-SLAPP motions were granted, period. Moreover, both *Nguyen-Lam* and *Martin* are quite clear in agreeing with the general rule that amendments are not allowed after anti-SLAPP motions are filed. (See *Nguyen-Lam, supra*, 171 Cal.App.4th at p. 871 ["a plaintiff may not avoid or frustrate a hearing on the anti-SLAPP motion by filing an amended complaint]" and *Martin, supra*, 198 Cal.App.4th at p. 629 ["we stress what other cases exposited herein have strongly noted: section 425.16 provides no mechanism for granting anti-SLAPP motions *with leave to amend*"].)

6

Ragland, Rozier and Nikolic is unhelpful.  In order to make some sense of that briefing, we must now enforce two well-established rules of appellate procedure.[7]  Those rules are:

(1)  Issues on appeal are confined to those issues that are set out in headings and subheadings.  (*Citizens Opposing a Dangerous Environment v. County of Kern* (2014) 228 Cal.App.4th 360, 380, fn. 16 [declining "to address these contentions" not listed "'under a separate heading or subheading'"]; *Consolidated Irrigation Dist. v. City of Selma* (2012) 204 Cal.App.4th 187, 201 [argument "forfeited" by not presenting it "in an appellate brief under a separate heading"]; Eisenberg, et al., Cal. Practice Guide:  Civil Appeals and Writs (The Rutter Group 2017) ¶ 9:91 ["The court may disregard arguments not properly segregated under appropriate discrete headings."].)

(2)  Statements of fact must not only be supported by record references, but those record references must be specific to the material in the record being cited.  Block record references – certainly those of more than 20 pages, and probably less – may be disregarded.  (*Bernard v. Hartford Fire Ins. Co.* (1991) 226 Cal.App.3d 1203, 1205 (*Bernard*); *Spangle v. Farmers Ins. Exchange* (2008) 166 Cal.App.4th 560, 564, fn. 3; 5 Cal. Jur.3d, Appellate Review, § 600.)

As to the first rule – the need to identify issues by headings and subheadings – Albert aggregates her arguments regarding all three individual, non-attorney defendants (Ragland, Rozier and Nikolic) together, and makes no attempt to analyze the individual statements of each defendant.  Her aggregated argument, as framed by her heading "D.," is:  "THE TRIAL COURT ERRED IN FINDING THAT PAM RAGLAND, KAREN ROZIER, AND MAEGAN NIKOLIC MET THE FIRST PRONG OF § 425.16 BECAUSE THE ACTIVITY OF DISPARAGING A PROFESSIONAL IN

---

[7]    As one panel of the Court of Appeal has observed, "[a]ppellate procedural requirements, such as use of headings and citations, must be more strictly enforced as the size of the record grows." (*Paterno v. State of California* (1999) 74 Cal.App.4th 68, 76; accord, *Akins v. State of California* (1998) 61 Cal.App.4th 1, 17, fn. 9; *People ex rel. Feuer v. Superior Court (Cahuenga's the Spot)* (2015) 234 Cal.App.4th 1360, 1384.)

HER PROFESSIONAL CAPACITY BY CALLING HER A CROOK FOR EXAMPLE, IS NOT PROTECTED ACTIVITY."

There are two subheadings under this heading, both verb-less, "D.1.": "DEFAMATION, IIED, AND INTERFERENCE WITH ECONOMIC RELATIONS" and D.2., "FRAUD & FAILURE TO WARN (DECEIT)."

The former, D.1., appears to make a prong two argument, that is, it goes to the viability of Albert's claims for discrete causes of action, as distinct from whether Albert's claims are eligible for anti-SLAPP treatment under prong one. The latter, D.2., isn't properly a subheading at all, because it doesn't even concern Ragland, Rozier or Nikolic. It is not logically within the topic covered by major heading D. Rather, it only addresses causes of action that Albert wants yet to bring against Xcentric, a topic we have already covered in this opinion.[8]

And, third as relating to Ragland, Rozier and Nikolic, there is a stand-alone heading "F.", this one with a verb: "THERE WAS EVIDENCE OF MALICE." This one appears to make a prong two argument, that is, it suggests Albert has viable claims for defamation even if Albert is a public figure or limited public figure, because she has evidence that statements made by Ragland, Rozier and Nikolic were made with malice.

This kind of desultory briefing complicates our task. What are we to do with such skipping about?[9] We must be careful with regard to both sides. On the one hand, courts seek to adjudicate cases on the merits, not on procedural defects. (See *Zamora v. Clayborn Contracting Group, Inc.* (2002) 28 Cal.4th 249, 255-256.) On the other, we note that two of the three individual defendants, Rozier and Nikolic, decided

---

[8]    In this subsection Albert cites *Martin, supra*, 198 Cal.App.4th 611, as authority for the idea she should have been allowed to amend. It isn't. (See fn. 6, *ante*.)
         To the same effect is subheading "E." concerning false advertising and unfair business competition, which is a continued elaboration on the theme that Albert has viable claims against Xcentric if only Albert were allowed to amend.

[9]    The word "desultory" derives from the image of a circus performer who jumps from one horse to another.

8

not to file respondent's briefs, perhaps in reliance on how Albert had phrased her headings and subheadings. Going beyond the reasonable scope of those headings and subheadings could be unfair to Rozier and Nikolic.

In an attempt to resolve these issues fairly, we proceed this way: We first examine Albert's main prong one argument "D." as to whether the trial court was correct in determining that the anti-SLAPP motions of Ragland, Rozier or Nikolic met prong one under Albert's "crook" theory. Next, though subheading D.1 is inartfully framed, we examine whether Albert has carried her burden as an appellant of showing prejudicial error on the trial court's part as regards Albert's claims for "defamation, IIED, and interference with economic relations" under prong two. Finally, we examine heading F. to see if Albert's briefing as regards the evidence of malice also shows any prong two error.

2. *Prong One: Albert's "Crook" Argument*

As framed, Albert's prong one argument in heading D. is not viable. The argument confuses the issue of whether a given statement qualifies for procedural protection under the anti-SLAPP statute with the issue of whether it is defamatory. A statement might indeed be defamatory, even defamatory per se (see e.g., Civ. Code, § 46) and still qualify for anti-SLAPP treatment under prong one of the anti-SLAPP statute. (E.g., *Hawran v. Hixson* (2012) 209 Cal.App.4th 256, 269-270, 290 [press release qualified for anti-SLAPP treatment even though it was defamatory per se].)

Put another way: Yes, you can call someone a crook and still be within prong one.

As to the merits of whether statements of Ragland, Rozier and Nikolic actually did come within prong one, we note that both elements for anti-SLAPP protection under the public-forum public-interest subdivision of the anti-SLAPP statute, subdivision (e)(3) ("made in a place open to the public or a public forum" and "in connection with an issue of public interest") are satisfied.

9

All the alleged defamatory comments were made on Facebook, and it is now established that Facebook is a public forum within the meaning of the anti-SLAPP statute. (See *Cross v. Facebook, Inc.* (Aug. 9, 2017, A148623) ___ Cal.App.5th ___, ___ [2017 LEXIS 691]; *Jackson v. Mayweather, supra,* 10 Cal.App.5th at p. 1252 [referring to Facebook postings specifically]; *Barrett v. Rosenthal* (2006) 40 Cal.4th 33, 41, fn. 4 [websites generally]; *Wilbanks v. Wolk* (2004) 121 Cal.App.4th 883, 895 [statements published on defendant's website "hardly could be more public"].)

And they were about Albert, who has made herself an object of public interest as a high-profile, publicity-worthy, anti-foreclosure, anti-bank litigator. Albert might not be quite the second coming of William Jennings Bryan, but she has certainly established a public profile as an anti-bank lawyer whose crusading efforts are designed to benefit not only her clients but the public in general.

Albert's own first amended complaint, in paragraphs 46 and 47, highlights the public nature of her practice, alleging Albert regularly received publicity on her cases prior to Nikolic's comments. Albert's complaint seeks compensation for the *loss* of that publicity. Paragraphs 48 through 51 of the first amended complaint further emphasize Albert's desire for publicity by highlighting two of Albert's victories in foreclosure law (one involving an alleged "lockout" by Bank of America of a homeowner, the other reinstating a class action involving homeowner standing to sue Barclays about rigging interest rates). Those paragraphs alleged those victories were "hot news" items that *should* have "garnered" some "mainstream press" but didn't. Albert also admits, in paragraph 52 of her first amended complaint, that she used a "media consultant" to obtain publicity for her causes.

And Ragland's evidence supporting her anti-SLAPP included excerpts from Albert's own website. On that site Albert notes that journalists from the Daily Journal and American Banker sought interviews with her. The website further emphasizes that "Lenore Albert was featured in USA Today and other newspapers who run stories written

10

by syndicated career advice columnist Andrea Kay" and Albert's own quote, "It is always gratifying to receive favorable coverage for my efforts on behalf of my clients."

Albert's efforts had thus made her and her practice a matter of public interest. In that regard, we find *Wong v. Jing* (2010) 189 Cal.App.4th 1354 (*Wong*) instructive. The court in *Wong* helpfully cataloged the case law concerning when a website's comments about a business come within anti-SLAPP protection as comment on an issue of public interest. These included newspaper articles about medical practioners, which would be of help in choosing doctors, statements about insurance brokers which could warn others with similar problems, and claims that a manufacturer disseminated false information concerning the effectiveness of a drug. (See *Wong, supra*, 189 Cal.App.4th at pp. 1366-1367.)

Given Albert's efforts to project herself as a champion for consumers and distressed homeowners against big banks, comments on her ethics and competence to represent consumers and distressed homeowners come within the public interest protection of the anti-SLAPP statute. If articles about doctors and insurance brokers are within the purview of the anti-SLAPP statute, so too are comments about the competence and ethics of a lawyer heavily involved in the foreclosure fallout from that 2008 recession. (See *Chaker v. Mateo* (2012) 209 Cal.App.4th 1138, 1146 ["We also have little difficulty finding the statements were of public interest. The statements posted to the Ripoff Report Web site about Chaker's character and business practices plainly fall within in the rubric of consumer information about Chaker's 'Counterforensics' business and were intended to serve as a warning to consumers about his trustworthiness."].)

3. *Prong Two: Subheadings D.1. and F.*

To the degree that Albert raises prong two arguments regarding statements of Ragland, Rozier or Nikolic in her opening brief, she has failed to show prejudicial error on appeal by insufficiently specifying record references. (See *Bernard, supra*, 226 Cal.App.3d at p. 1205.) She has further failed to show prejudicial error by failing to

11

provide the exact language of any of those statements.  Nor has Albert made any attempt to explain the context of any statement.

In *Reed v. Gallagher* (2016) 248 Cal.App.4th 841, a case decided under the anti-SLAPP statute,[10] the court pointed out the importance of context in determining whether a given statement is defamatory: "As noted, courts apply a totality of the circumstances test in determining whether a statement is actionable fact or nonactionable opinion. [Citation.] *This requires an examination of the statements themselves and the context in which they were made.* [Citation.] On the issue of context, our Supreme Court has explained: '[W]here potentially defamatory statements are published in a . . . setting in which the audience may anticipate efforts by the parties to persuade others to their positions by use of epithets, fiery rhetoric or hyperbole, language which generally might be considered as statements of fact may well assume the character of statements of opinion.' [Citation.]" (*Id.* at p. 859, italics added.)

We would add that showing context is necessary to demonstrate trial court error because the appellate court needs to be able to distinguish actionable defamation as a falsifiable statement of fact from mere rhetorical hyperbole or inflammatory opinion. (See *Franklin v. Dynamic Details, Inc.* (2004) 116 Cal.App.4th 375, 385 ["the dispositive question is whether a reasonable fact finder could conclude the published statement declares or implies a provably false assertion of fact"] & 390 [certain words are "too vague to be actionable"].)  As the court said in *Barker v. Fox & Associates* (2015) 240 Cal.App.4th 333: "'the court must determine, as a question of law, whether the defamatory matter is on its face or capable of the defamatory meaning attributed to it by the innuendo.'" (*Id.* at p. 343, fn. 3, quoting 5 Witkin, Cal. Procedure (5th ed. 2008) Pleading, § 739, p. 159.)

---

[10]    As distinguished from *Williams v. Seiglitz* (1921) 186 Cal. 767 or *Albertini v Schaefer* (1979) 97 Cal.App.3d 822, which are the two cases Albert relies on.

But Albert's opening brief does not contain a single exact quote of any the statements themselves. Rather all we have are Albert's *paraphrases* of what *Albert* says Ragland, Rozier or Nikolic supposedly said. The best example: "Like Albertini v. Schaefer [supra] 97 Cal.App.3d 822 and Sieglitz, Defendants literally meant plaintiff was a crook." (App. opn. br. at p. 29.) There is no specific record reference in her opening brief documenting that Ragland, Rozier or Nikolic ever used the exact word "crook." The one record reference she does give us on the crook allegation (on page 28 of her opening brief) cites us to *99 pages*,[11] and contains no exact quotes, nor makes any attempt to provide any context to any statement. Any valid argument Albert might have had in regard to the exact language, in context, used by Ragland, Rozier or Nikolic, is thus waived. (See *Bernard, supra*, 226 Cal.App.3d at p. 1205.)

The same may be said for Albert's D.1 subheading "Defamation, IIED, and Interference With Economic Relations." Here she gives us block record references, depending on how you count them, that exceed 200 pages, as part of what appears to be, on page 36 of her brief, the bottom line legal argument that "when read as a whole," her "evidence . . . meets the stand [*sic*] in Bentley [*Reserve LP v. Papaliolios* (2013) 218 Cal.App.4th 418 (*Bentley*)]."

We cannot search 212 pages of record to ascertain whether it meets the standard in *Bentley* – not while according appropriate time to parties who comply with court rules. (See e.g., *Cristler v. Express Messenger Systems, Inc.* (2009) 171 Cal.App.4th 72, 89; accord, *Air Couriers Internat. v. Employment Development Dept.* (2007) 150 Cal.App.4th 923, 928 ["We have no duty to search the record for evidence

---

[11]     "Maegan Nikolic called plaintiff a crook and joined in co-defendants telling others she was a crook. Both Maegan Nikolic and Karen Rozier told other homeowners that Plaintiff steals money from her clients. They also said that she takes homeowner's money and then does not file the papers or that she files them late, implying that the homeowner lost their case as a result.  [AA 446-545] [¶]  These statements are nothing short of calling plaintiff a thief."  (Brackets in original.)

13

and may disregard any factual contention not supported by proper citations to the record"].) Nor is it fair to the opposing parties for us to do her work for her in regard to prong two by (1) identifying the exact language she claims is defamatory, (2) providing a record reference for that language in a voluminous record; and then (3) explaining why a reasonable juror could conclude that, in context, those words reflected falsifiable statements of facts (i.e., actionable defamation) as distinct from rhetorical hyperbole or exaggerated opinion. Albert has done none of those things so she has effectively abandoned any prong two arguments about any of the statements made by Ragland, Rozier or Nikolic.

### III. YELP'S ATTORNEY FEE AWARD

Yelp was the first of the 725 defendants to file an anti-SLAPP motion, and that order was affirmed in an unpublished decision by this court last year. Yelp obtained an attorney fee award of approximately $30,000 in the same May 1, 2015 order, granting the substantive anti-SLAPP motions of Xcentric, Ragland, Rozier and Nikolic, hence we now deal with Albert's challenge to that award in this appeal.

Albert opens with two arguments against Yelp's fee award: Yelp's motion for fees was "cookie cutter" (presumably not requiring much time or effort) and Yelp "double billed with their in house counsel and billed for attorneys that were never attorneys of record." She then conclusorily states the fees "requested" were "unreasonable" for which she provides two block record references encompassing an aggregate of 57 pages. She then elaborates by intimating that the fee award was unreasonably inflated because the fees somehow included "the entire lawsuit," as distinct from the anti-SLAPP motion proper.

Fees awarded to parties successful in an anti-SLAPP motion are a matter of trial court discretion and it is appellant's burden to show abuse of discretion. (E.g., *Gerbosi v. Gaims, Weil, West & Epstein, LLP* (2011) 193 Cal.App.4th 435, 450.) Albert

has made no serious effort, given her block record references, to support her allegations of double billing or for work beyond the anti-SLAPP motion, and that is enough for us to affirm the order.

Having wrestled with the merits of Yelp's anti-SLAPP motion in a previous unpublished decision, we are in a good position ourselves to evaluate the complexity of the legal work involved in Yelp's anti-SLAPP motion. (See *PLCM Group, Inc. v. Drexler* (2000) 22 Cal.4th 1084, 1095 [recognizing experienced trial judge is in the best position to decide value of professional services rendered in court].) And the award seems quite reasonable to us, given these factors in the trial court record: (1) As was the case with Xcentric in this appeal, Albert raised complex issues involving an internet site's own commercial speech; (2) as was the case with Xcentric in this appeal, Albert attacked the internet provider's business model as extortionate; (3) the anti-SLAPP motion resulted in the dismissal of all claims against Yelp; and (4) Albert does not provide even a single entry showing an unreasonable charge. The fee award in favor of Yelp is, accordingly, affirmed.

## IV. DISPOSITION

(1) The anti-SLAPP order in favor of respondent Xcentric Ventures is affirmed. However, in the interests of justice each side will bear its own costs on appeal in regard to Xcentric. Xcentric is the lucky beneficiary of Albert's failure to include an extortion claim in her complaint.

(2) The anti-SLAPP order in favor of respondent Pam Ragland is affirmed. Ragland, as prevailing party, shall recover her costs on appeal.

(3) The anti-SLAPP orders in favor of respondent Karen Rozier and Maegan Nikolic are affirmed. However, since neither Rozier nor Nikolic filed respondent's briefs, they have no basis for costs on appeal.

(4)  The attorney fee order in favor of respondent Yelp is affirmed.  Yelp shall recover its costs in this appeal, which is confined to the attorney fee issue.


BEDSWORTH, ACTING P. J.

WE CONCUR:


MOORE, J.


FYBEL, J.

Case No. 8:18-bk-10548-ES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# <u>Attachment D</u> – Ragland Facebook Post Albert Hijacked

Case No. 8:18-bk-10548-ES

1                                   MARY MCCULLEY E-Mail

2

3        THIS IS THE 2014 E-MAIL THAT GOT ME FIRED BY LENORE (from SHERRY HERNANDEZ)

4

5    **Pam Ragland** shared a link.

6    May 7 · Edited

7    Someone keeps saying US Bank didn't lie in Mary Mcculley 's case and

8    trial. These facts ought to set the record straight. Take the time to read this,

9    because as I well know, this could be any one of us!!

10

11    Thank you Clinton Kirby and Glenn ... See More

12

13    **THE $6 MILLION WOMAN: INTERVIEW WITH MARY MCCULLEY**

14    libertyroadmedia.wordpress.com

15    NOTE: This interview was conducted in late February 2014, before a sentencing hearing that was eventually

16    postponed. Ms McCulley was then sentenced to a year each of prison ...

17

18    221642 Shares

19    Like

20    Like    Share

21            Karen M. Rozier, Maegan Donovan Nikolic, Pam Ragland and 19 others like this.

22

23        **Clinton Kirby** Thank you, Pam! #FreeMaryMcCulley May 7 at 1:37pm · Like · 2

24        Remove Pam Ragland That's right what was I thinking!!!! #FREEMaryMcCulley May 7 at
     1:38pm · Like · 1

25        Remove Matt Murray We know the banks lie along with bought attorneys and judges.
     They're masters at it. Thanks for sharing . Our thoughts and prayers are with Mary as well as the Roziers.
26    The true criminals are the banks and those have taken an oath to protect us. May 7 at 1:48pm · Like ·
     4

27        Remove Sheryll Alexander IF THEY DIDN'T LIE THEN WHY DID SHE WIN $6
     MILLION???!!! May 7 at 1:54pm · Like · 9

28

Case No. 8:18-bk-10548-ES

Remove Karen M. Rozier Banks don't lie. They are institutions. Lawyers lie. They are people. Semantics, but jerks will be jerks. US Bank has created an environment where bribery, extortion, kidnapping and murder are business as usual. The people profiting from the bank's protection are using the courts to kidnap the people who threaten to expose their criminal enterprise. The people in the court who have benefited from and who continue to benefit from the bank's criminal behavior are more than happy to oblige the banks. It is an incestuous relationship. I'm not sure how we defeat the banks without dismantling the courts, because the courts are corrupt. May 7 at 2:03pm · Like · 9

Remove Karen M. Rozier If you haven't seen this yet, watch and share: http://behindtheheadlines.net/sections/videos/vid_281.shtml
**Behind the Headlines with Mark Hyman - 5/6/14 Conflict of Interest**
behindtheheadlines.netBehind the Headlines with Mark Hyman - 5/6/14 Conflict of Interest - One of ever...
See More May 7 at 2:06pm · Like · 5

Remove Pam Ragland Good point @Karen ... the comment was "US Bank didn't lie it was Cahill". Wrong, US Bank's representatives LIED. May 7 at 5:20pm · Edited · Like · 1

Remove Lenore Albert Just so you know Pam Ragland I was given the courtesy to review this story before it was published. May 7 at 9:32pm · Like · 1

Remove Maegan Donovan Nikolic ^ wow your so important. .give me a break. do things on peoples personal pages need your approval now? like the group while you were distracted you have censored? Alternative media Censored by 1...absolutely hilarious May 7 at 9:41pm · Like · 1

Remove Lenore Albert I shut down random posts on While You Were Distracted Because I did not have time to patrol what was being posted. The Liberty Road Media is a publication. Not that I am "that important." I am glad you enjoyed the article. Professionals fact check. That is the way the media is supposed to operate. I find it quite hypocritical for people to "protest" against Main Stream media on the pretense that the MSM purportedly slants stories and fails to present the truthful facts, but then you get ired when someone pulls something that is dangerous or slanderous. That is pretty hypocritical Maegan. May 7 at 9:45pm · Like

Remove Maegan Donovan Nikolic Never heard of patrols on a "alternative media" sight. That's called censorship, thats called " I do not approve this post" I find it odd you claim civil rights (freedom of speech) yet your approving post of peoples which had no main stream media May 7 at 9:50pm · Like

Remove Lenore Albert First Amendment does not protect ALL speech. It does not protect Hate Speech and it does not protect lies. If it did, there would not be liability for libel.

Maegan Donovan Nikolic Wait let me remind you with the photo May 7 at 9:51pm · Like

Remove Maegan Donovan Nikolic May 7 at 9:51pm · Like · 1

Remove Lenore Albert "They are Crooks" is libelous. May 7 at 9:52pm · Like

Remove Maegan Donovan Nikolic So calling us banks crooks is a lie? May 7 at 9:52pm · Like

Remove Maegan Donovan Nikolic Get over yourself May 7 at 9:52pm · Like

Remove Lenore Albert Ask the author Monica Jones if she was offended. May 7 at 9:52pm · Like

Case No. 8:18-bk-10548-ES

**Remove** **Lenore Albert** You had the right to remove yourself from my news page and you did. May 7 at 9:53pm · Like

**Remove** **Lenore Albert** It is libelous. May 7 at 9:53pm · Like

**Remove** **Maegan Donovan Nikolic** They are crooks is libelous? May 7 at 9:53pm · Like

**Remove** **Lenore Albert** You will not find that phrase in the Findings of Facts and Conclusions of Law by Judge Brown. May 7 at 9:54pm · Like

**Remove** **Maegan Donovan Nikolic** I don't need to ask any one about censorship of approvals of post. May 7 at 9:54pm · Like

**Remove** **Lenore Albert** Yes. There is plenty of case law when someone calls another person a crook. May 7 at 9:54pm · Like

**Remove** **Maegan Donovan Nikolic** Oh lawd. Hilarious May 7 at 9:55pm · Like

**Remove** **Sheryll Alexander** LMAO!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! May 7 at 9:55pm · Like · 1

**Remove** **Sheryll Alexander** #Idonotapprovethispost May 7 at 9:55pm · Like · 1

**Remove** **Lenore Albert** Making sure something does not contain hate speech, a lie or libelous is my responsibility. You don't have to care about it. I do. May 7 at 9:56pm · Like

**Remove** **Monica Jones** but if I called then big fat liars that would be okay, right? Help me to understand. May 7 at 9:59pm · Like · 2

**Remove** **Lenore Albert** The word "liar" isn't in the story either. May 7 at 10:00pm · Like

**Remove** **Lenore Albert** You can state an opinion but not a fact. If someone is a thief or a crook - that is a fact, not an opinion. If you have a fact, you must have all elements to prove that crime. A crime includes a mens rea and an actus reus. The first is intent and then second is the act. May 7 at 10:01pm · Like

**Remove** **Maegan Donovan Nikolic** Re read the judgement lenore hello thats why she won it clearly states it Pam Ragland am I reading the judgement wrong May 7 at 10:02pm · Like · 2

**Remove** **Maegan Donovan Nikolic** Liar is not in the story, hilarious who's story usbanks? It sure is in the verdict why she won they deceived her, aka liars May 7 at 10:03pm · Like · 1

**Remove** **Lenore Albert** This case further discusses opinions and libel. http://www.freedomforum.org/.../deta.../casesummaries.htm...
**Defamation and the First Amendment** www.freedomforum.org A reporter for the Lorain Journal in Ohio published an article accusing Michael ... See More May 7 at 10:03pm · Like

**Remove** **Monica Jones** Since 'crook' has a broad meaning, and it's a freaking facebook post, it could be construed as simply my opinion. If they want to hold me to it in a court of law, I will back up my opinion and let them prove damages. May 7 at 10:03pm · Like · 3

**Remove** **Lenore Albert** No, it was posted to my news page. I would be hailed into court for libel, not you. May 7 at 10:04pm · Like

**Remove** **Monica Jones** tell me why 'banksters' is OK. May 7 at 10:04pm · Like

Case No. 8:18-bk-10548-ES

1    **Remove** **Lenore Albert** Read the cases on the link I sent you. There are 4 different opinions

2    exploring this area of law.

3

4    **Monica Jones** no you wouldn't....you can't be held responsible for the actions of others. May 7 at
10:05pm · Like · 3

5    **Remove** **Lenore Albert** Yes, I can and I would. May 7 at 10:05pm · Like

6    **Remove** **Monica Jones** then Facebook would probably jump in and defend you, because a
case like that would be fatal to their business model. May 7 at 10:06pm · Like · 2

7    **Remove** **Lenore Albert** If newspapers could not be held responsible, there would not be any
retractions from any story at all. May 7 at 10:06pm · Like

8

9    **Remove** **Monica Jones** retractions usually correct the spelling of a last name, or an
address. May 7 at 10:07pm · Like

10   **Remove** **Lenore Albert** I won't take that risk. I won't allow posts of bullying, hate speech, or
libel on my news page. May 7 at 10:07pm · Like

11

12   **Remove** **Lenore Albert** You asked for education, I gave you a link to educate
yourself Monica Jones. The rest is up to you. May 7 at 10:07pm · Like

13   **Remove** **Monica Jones** that's certainly your right. May 7 at 10:07pm · Like

14   **Remove** **Maegan Donovan Nikolic** You wont allow post by others in your news feed
because you will be liable. . There is no hate or bullying in what monica posted in a Group not your personal
wall May 7 at 10:11pm · Like

15

16   **Remove** **Pam Ragland** OK just to be clear, this is on my page and Lenore Albert i did not tag
you so you in no way can be held liable for this. May 7 at 10:12pm · Like

17   **Remove** **Maegan Donovan Nikolic** So if I look in my news feed and see a post
of #Banksters Suck your liable because they dont technically "suck" May 7 at 10:12pm · Like · 2

18

19   **Remove** **Pam Ragland** If I could I would post the judgment here for all to see. It's a public
document. When I find the link to where Mary Mcculley posted it, I will. May 7 at 10:13pm · Like ·
1

20   **Remove** **Maegan Donovan Nikolic** No she popped in bragging how she gave the "ok" for
this article she is saying monicas post she would be held liable for because usbank are not liars and it was
in her news feed May 7 at 10:13pm · Like

21

22   **Remove** **Monica Jones** 'actual malice — that is, with knowledge that it was false or with
reckless disregard of whether it was false or not. May 7 at 10:14pm · Like

23   **Remove** **Sheryll Alexander** LOL. Wow. May 7 at 10:15pm · Like · 1

24   **Remove** **Pam Ragland** Yes, exactly. The final judgment is pages and pages of scathing facts
regarding US Bank. If intentionally swapping a loan which causes all the pain to Mary Mcculley it did is not a
crook, I don't know what is. I believe the definition of a "crook" is "one who breaks the law". Fraud is against
the law. They were found liable including punitive damages to the tune of $5 million on top of the $1 million
real damages. Therefore, technically, US Bank ARE CROOKS. May 7 at 10:17pm · Like · 1

25

26

27   **Remove** **Monica Jones** hang on....I don't even know the guys name from the title company,
but I know I've seen posts about him and his actions. Why is that ok to do? I think someone even made a
meme with his name on it. May 7 at 10:17pm · Like

28

Case No. 8:18-bk-10548-ES

1

 Remove Pam Ragland But until now I'm not sure I said that. I am just agreeing with whoever did. May 7 at 10:17pm · Like

2

3

 Remove Pam Ragland Tom Cahill is formerly from American Land Title Company. The trial showed with evidence he was the one who altered Mary's deed, and US Bank swapped her loan. May 7 at 10:18pm · Like · 1

4

 Remove Laurie A Rogers oh christ .. I've studied business law and you can't be held liable for calling someone or an institution a crook, it's an opinon. May 7 at 10:18pm · Like · 5

5

6

 Lenore Albert You can take your chance all you want. You can ask Casita Sol

7

Corona Spartacus Surviving Legions Steven Ballard Sherry Hernandez Sheri Moody Nathan Koshak Joel

8

Koshak Marvin Baldwin if they want me to republish your statements calling a bank a crook when there is no such

9

finding by a court and take that risk of being sued for libel. These guys actually have a dog in the race. You do

10

not. May 7 at 10:20pm · Like

11

12

 Clinton Kirby From the judgment: "In the same par. 8, 'This egregious behavior by the Bank constitutes intentional deceit and supports the conclusion that the Bank's conduct was reprehensible.'" May 7 at 10:22pm · Like · 5

13

14

 Monica Jones I dunno....I've never heard of anybody going to jail for being a 'crook'. Does it even have a legal definition? May 7 at 10:22pm · Like · 2

15

 Pam Ragland Actually Laurie A Rogers as I think about it, as I said since the definition of a "crook" is "one who breaks the law" if I had said it I would stand behind it. According to the 4/14/14 judgment of McCulley vs. US Bank, that would be factually correct. US Bank was shown to have, with proof and evidence, committed fraud. This is illegal. Therefore, they broke the law. May 7 at 10:22pm · Like · 4

16

17

 Lenore Albert I won a case for defamation when a board member called him a crook in California. May 7 at 10:22pm · Like

18

19

 Clinton Kirby Definition of "lie": 1.a false statement made with deliberate intent to deceive May 7 at 10:23pm · Like · 4

20

 Remove Clinton Kirby http://dictionary.reference.com/browse/lie
the definition of lie dictionary.reference comLie definition, a false statement made with deliberate intent to deceive, an intentional untruth, a falsehood. See more. May 7 at 10:23pm · Like

21

22

 Remove Monica Jones This is fun and informative ladies, but I've got Court in the AM so I'm checking out for now. Have a nice evening. May 7 at 10:24pm · Like · 1

23

 Remove Monica Jones was your client a crook Lenore? Did the defendant have any reason to call him that? May 7 at 10:25pm · Like · 2

24

25

 Remove Lenore Albert I said I won. That means we proved he was not a crook. May 7 at 10:26pm · Like

26

 Remove Pam Ragland I must have missed something. I don't understand why we are having this discussion. I reposted this excellent article. Lenore Albert I am glad you got to read it. I did not tag you before as I did not want to place things you did not approve of on your wall. But, you approved it so it

27

28

CREDITOR RAGLAND'S OPPOSITION TO DEBTOR'S OPPOSED PROOF OF CLAIM - Page 40 of 52

Case No. 8:18-bk-10548-ES

certainly seems you agree with it. So I really don't get what the disagreement is about.

_____      Mostly we all seem to agree, what happened to Mary Mcculley is unacceptable. At the least, she deserves to withdraw her plea. Hopefully she will get the opportunity. I respectfully request we focus on supporting her in that. May 7 at 10:26pm · Like · 5

   Remove  Lenore Albert See Maegan's post above. May 7 at 10:27pm · Like

   Remove  Sheryll Alexander Me neither. #FREEMaryMcCulley!! TWEET TWEET!! May 7 at 10:27pm · Like · 1

   Remove  Maegan Donovan Nikolic You tag your clients? That's kinda classy, and distasteful client/lawyer privileged. May 7 at 10:29pm · Like · 4

   Remove  Lenore Albert You try to get their attorney in trouble, and try to pretend you have their back at the same time - what do you call that Maegan? May 7 at 10:30pm · Like

   Remove  Sheryll Alexander You know what #newmedia digital activists always say, don't you? DON'T FEED THE TROLLS!! So IGNORE, Ladies!! we got work to do!! May 7 at 10:30pm · Like

   Remove  Maegan Donovan Nikolic Agree, distracting isnt it... poof go do your clients a favor and file their documents on time May 7 at 10:33pm · Like · 1

   Remove  Laurie A Rogers Ok well I'll throw this all at you naysayers .. do you know how many lawsuits there would be going on if every time someone was called a crook in any country? MILLIONS .. it's like my beef with Monsanto and all the claims and statements myself and others have made against them, we'd all be rotting in jail by now if they attempted to sue us NOT because our statements 'may" be false but because they have more money than we do.

   If you can't stand behind your beliefs, opinions and convictions and be willing to put your ass on the line with your words .. then activism isn't for you! May 7 at 10:33pm · Like · 6

   Remove  Monica Jones I'm stuck on that 'dog in the race' statement. what does that mean and who was it directed at? May 7 at 10:34pm · Like

   Remove  Maegan Donovan Nikolic Amen Laurie Amen!! May 7 at 10:35pm · Like

   Remove  Sheryll Alexander LOOK at all these tweets I took time to compile just for YOU from the amazing @UncutSeattle. I left out all the tweets where he wanted to guillotine the banksters. LOL. PLEASE TWEET!!!!!!!!!!!!!!!!!!!!!!!!!!! @anon99percenter HOLY BATMAN! Isn't that the truth? #FREEMaryMcCulley. Read this story: http://wp.me/p3kDDA-kF

   @_EDunn @TheDailyShow @ least #Justice4Cecily got @TheDailyShow. #FREEMaryMcCulley in a cold Montana jail http://wp.me/p3kDDA-kF

   @parzival1 @TheDailyShow Justice?Just don't win in court against #USBank in Montana u'll b in jail #FREEMaryMcCulley http://wp.me/p3kDDA-kF

   @joy4jesus1 @DailyShowJon #FREEMaryMcCulley wins jury punitive damage of $5mil against USBank & corrupt MontanaCops file criminal charges!

   @parzival1 @TheDailyShow @usbank O, we know & US Bank knows putting #FREEMaryMcCulley in jail is no coincidence after her $6 mil win

   #FREEMaryMcCulley 1yr federal prison after winning a $6 mil jury trial against USBank @TheDailyShow #Justice4Cecily http://wp.me/p3kDDA-kF

   #FREEMaryMcCulley 1yr federal prison after winnng a $6 mil jury trial against USBank @TheDailyShow #Justice4Cecily http://wp.me/p3kDDA-kF

Case No. 8:18-bk-10548-ES

#FREEMaryMcCulley 1yr federal prison after winnng a $6 mil jury trial? @TheDailyShow
@Justice4Cecily http://wp.me/p3kDDA-kF #OWS

#FREEMaryMcCulley 1 year federal prison after winning a $6 mil jury trial? Just coincidence?
@TheDailyShow @USBank http://wp.me/p3kDDA-kF

THE $6 MILLION WOMAN: INTERVIEW WITH MARY MCCULLEY http://wp.me/p3kDDA-kF
#freemarymcculley

#FREEMaryMcCulley would LOVE @TheDailyShow coverage. If #Justice4Cecily
doesn't. http://wp.me/p3kDDA-kF #OWS

2 woman unlawfully jailed one @ least got @TheDailyShow #Justice4Cecily #FREEMaryMcCulley
in jail http://wp.me/p3kDDA-kF

At least #Justice4Cecily GOT @TheDailyShow coverage. #FREEMaryMcCulley battles jail w/o
MSM coverage in Montana http://wp.me/p3kDDA-kF #OWS

@TheDailyShow. We gotta talk... #Justice4Cecily & #FREEMaryMcCulley http://wp.me/p3kDDA-kF
2 #WallStreet Arrests, just NOT bankers

Paranoid, yep that is what I am. When #FREEMaryMcCulley & #Justice4Cecily are in jail
& #JamieDimon is golfing w/the Prez #OWS

Hold up, @TheDailyShow. We gotta talk #Justice4Cecily &
#FREEMaryMcCulley http://wp.me/p3kDDA-kF 2 #WallStreet Arrests, just NOT bankers

2 women unlawfully jailed 4 protestng #CriminalBankers but #WallStreet is
free? http://wp.me/p3kDDA-kF #Justice4Cecily #FREEMaryMcCulley

@Catherina_News A topsy-turvy world where: UP is DOWN, BLACK is WHITE and WRONG is
RIGHT. #Guillotine for #CriminalBankers #FreeMaryMcCulley
View conversation

@verafilatova @Catherina_News @MaxParse Cecily McMillan & #FREEMaryMcCulley both
unlawful jailed protestng BANKERS - #WallStreet still free?
View conversation

@uncutseattle Have you ever been to Wall Street. 99% of them follow the law every day. That's an
overly generalized statement.
THE $6 MILLION WOMAN: INTERVIEW WITH MARY MCCULLEY
libertyroadmedia.wordpress.comNOTE: This interview was conducted in late February 2014, before a
sentencing he... See More    May 7 at 10:36pm · Like · 1

Remove Lenore Albert Troll away. I made my point. Every issue you brought up - was
answered. You were not able to back up your statements with any case law to disprove my actions with my
news page. Pam Ragland was correct that it was very odd you would start that discussion here. May 7 at
10:36pm · Like

Remove Maegan Donovan Nikolic Who? May 7 at 10:38pm · Like

Remove Laurie A Rogers Nobody needs case law, it's common sense .. sheesh .. put a
damn disclaimer on your page, saying you're not libel for other people's comments, stories or opinions ..
problem solved .. christ .. a little overly mellow dramatic I'd say. May 7 at 10:43pm · Edited · Like ·
6

Remove Monica Jones this article is really putting someone at risk...I don't see any case law
to back this up.
http://libertyroadmedia.wordpress.com/.../7-ceos-who.../

CREDITOR RAGLAND'S OPPOSITION TO DEBTOR'S OPPOSED PROOF OF CLAIM - Page 42 of 52

Case No. 8:18-bk-10548-ES

### 7 CEOS WHO SHOULD BE IN JAIL INSTEAD OF MARY MCCULLEY

libertyroadmedia.wordpress.comSo Mary McCulley is posting on Facebook again! Well, not actually Mary, but a fr... See More  May 7 at 10:49pm · Like · 5

Remove  **Laurie A Rogers** Yeah and every satirical show on television like SNL, Conan O'Brian, The Daily Show, The Colbert Report, This Hour has 22 mins (Canadian) would have their asses sued by multiple companies on a daily basis if even a fraction of what Lenore is whining about was remotely true. Think about that. Again, if you're not willing to take risks or put your ass on the line and be supportive of other people's convictions, statements etc. then activism is NOT for you. May 7 at 10:56pm · Edited · Like · 4

Remove  **Pam Ragland** I loved that article Monica Jones !!! May 7 at 10:59pm · Like · 3

Remove  **Laurie A Rogers** Oh and you're a lawyer Lenore and have no clue that you can't put a disclaimer on your page vetting you freedom from other people's words? Wow! May 7 at 11:01pm · Like · 3

Remove  **Lainey Hashorva** Lenore is full of a self important hysteria based on my experience and "word on the street". May 7 at 11:30pm · Like · 1

Remove  **Laurie A Rogers** Well I'll give you all my personal opinion as the way I see it .. "me thinks someone is just looking for attention for their little law firm" .. and that's the end of it. May 7 at 11:33pm · Like

Remove  **Lainey Hashorva** Maegan, sounds like you've had first hand experience with Lenore! Bummerama. May 7 at 11:35pm · Like

Remove  **Laurie A Rogers** I also can't believe she tagged her clients in this post .. pretty sure they won't be too damn happy about that .. UNFREAKIN REAL! May 7 at 11:46pm · Like · 2

Remove  **Laurie A Rogers** Lenore, I would NEVER, EVER hire you as a lawyer, your behaviour in this thread speaks volumes about your character, not to mention your lack of respect for your clients by naming them in this thread ... and I'll shut up about the fact that I wouldn't hire you based on the cheesy look of your web site alone. ZERO credibility on there. Not even if you were the last lawyer on the planet and I was on death row. Tagging your clients in a post just to brag WITHOUT their consent is as unprofessional as it gets! May 7 at 11:50pm · Edited · Like · 2

Remove  **Sheryll Alexander** Love hurts? Yelp hurts. May 7 at 11:51pm · Like · 1

Remove  **Laurie A Rogers** Facebook hurts too and so do email lists with thousands of subscribers on them .. May 7 at 11:54pm · Like · 1

Remove  **Laurie A Rogers** Screenshots hurt too by the way. May 8 at 12:20am · Like · 1

Remove  **Laurie A Rogers** oh and since Lenore loves case law .. here's info on client/attorney confidentiality .. Rule 1.6: Confidentiality of Information

(a) A lawyer shall not reveal information relating to the representation of a client unless the client gives informed consent, the disclosure is impliedly authorized in order to carry out the representation or the disclosure is permitted by paragraph (b).. May 8 at 12:55am · Like · 4

Remove  **David E. Rozier Jr.** Ummm....what is going on here? May 8 at 1:26am · Like · 1

Remove  **Pam Ragland** David E. Rozier Jr. well a difference of opinion !! You'd have to read it all ... May 8 at 1:28am · Like

Remove  **David E. Rozier Jr.** I was gonna hit the hay since its almost 1:30am but I guess I

Case No. 8:18-bk-10548-ES



can go to bed another time □May 8 at 1 29am · Like · 1 □□□□□

Remove□ **Glenn Augenstein** Sleep is for sissies.□May 8 at 2 04am · Like · 3 □□□□□

Remove□ **David E. Rozier Jr.** May 8 at 2 08am · Like · 1 □□□□□

Remove□ **Pam Ragland** We all know I"m not a sissy LOL □May 8 at 2 58am · Like · 3 □□□□□

Remove□ **Karen M. Rozier** Sleep is for minor children who should have been in bed long before 1:30 am. David E. Rozier Jr. - You are now punished. Love, Mom.□May 8 at 4 36am · Like · 1 □□□□□

□□□**Sherry Hernandez** Wow...that is a lot. I'm a sissy....LOL. Last night I was at the prison ministering to the women there. Those women have an unbelievable hope in something greater. Today....#FREEMaryMcCulley will go before the judge again, so today I will close this post and remember what is important. I will pray for Mary's freedom and for the judge to have a full epiphany of the depth of injustice that Mary has endured. Each and everyone here are the 'doers'...each and everyone here, no matter what our contribution are the ones that care. We are the ones that can bring forth the revelation of the fraud upon our nation...but first we must focus...not on one another, but on the unseen enemy who would rob us of our rights and our freedoms and our homes. So this morning, I hope each one of you will take a moment, to pray...send good thoughts...meditate...whatever it is you believe to do...for Mary's freedom!□May 8 at 5 22am · Like · 5 □□□□□

□□□**Lenore Albert** Laurie. I have had to turn away business for the past 4 years due to my good reputation and results in the legal arena. If I wasn't good, Pam Ragland would not have found me along with others. I can tell you all this. It is easy to be a saboteur. I won't let you take down my clients. If my clients choose to follow saboteurs, they no longer become clients. There are plenty of attorneys out there. I will not sit idly by and allow others to post libelous things to my news page. I will not allow people to post libelous things and then tag my clients - when that is known that they are my clients. Laurie, unlike you, these people actually have sat in the same room in my office and at other places together. They KNOW each other. Trying to disbar me who gets good results and changes the law in favor of the homeowner, was a goal by some here. You have to ask yourself why that it is and if you support that. Galope v Deutsche Bank, Lueras v BAC Home Loans, Yau v Deutsche Bank, just to name a few. Catch me if you can I am on the right side of history. Corruption falls in on itself every time. Nonviolence is the only path to freedom.□May 8 at 9 11am · Like · 1 □□□□

□□□**Lenore Albert** Lou Noble here.□May 8 at 9 14am · Like · 1 □□□□□

□□□**Laurie A Rogers** You know what I'm not interested in listening to you brag about yourself and your so called qualifications. I know Pam VERY well and we both share a lot of business colleagues with big bank accounts and believe me word gets around our community VERY quickly. You are a shameful and very poor excuse of a lawyer. .. if my lawyer EVER talked to me the way you are talking to me and these people in this thread, his ass would be handed to him on a silver platter. NONE of these women even like you that much is VERY clear and you're so damn self righteous and egotistical you don't even want to see it!□May 8 at 9 24am · Edited · Like · 1 □□□□□

□□**Karen M. Rozier** Pam -- I am so sorry I introduced you and Sherry Hernandez to Lenore.□May 8 at 9 25am · Like · 2 □□□□□

□□□**Karen M. Rozier** Lenore never turned down my business. That would be the PROFESSIONAL thing to do. Instead, she just pretended to act like she was going to help me while more than likely working with Sheila Fell behind my back. I was so looking forward to seeing you in court but she sent in a substitute, claiming she was busy. Imagine my surprise when I called her office and was told that she was not busy that day.□May 8 at 9 27am · Like · 3 □□□□□

□□□**Laurie A Rogers** Then again Lenore, my lawyers don't make it habit of running around on facebook bragging about their so called business they have cases to actually work on.□May 8 at 9 28am · Like · 1 □□□□□

Case No. 8:18-bk-10548-ES

1       **Laurie A Rogers** I feel very sorry for you ladies and others that have to endure this utter and complete nonsense for this woman who claims to be professional. May 8 at 9:30am · Like · 1

2       **Remove** **Lenore Albert** I am not here bragging. I am here protecting people from saboteurs and making sure until Mary's hearing which is at 3PM Today - that HAPPENS. Try to sabotage - the Light

3       and Good will win everytime. May 8 at 9:30am · Like

4       **Remove** **Laurie A Rogers** Yeah you are and you're bullying .. nice job and support Lenore .. you're a joke! May 8 at 9:31am · Like

5       **Remove** **Lenore Albert** Point it out. Where is the bullying? Never mistake education for

6       bullying. May 8 at 9:32am · Like

7       **Remove** **Laurie A Rogers** lmao .. you are a bully and you've done nothing but bully these women in this thread! Give your head a shake ... and don't play the education card with me, I've got plenty of it. May 8 at 9:33am · Like

8

9       **Remove** **Lenore Albert** I gave you links about the difference between defamation and an opinion. That is eduation, not bullying. May 8 at 9:42am · Like

10       **Remove** **Laurie A Rogers** You know what they say Lenore, sometimes it's better to shut your mouth than open it so people don't know how stupid you really are. May 8 at 9:43am · Like ·

11       1

12       **Remove** **JoAnn Kennedy** @AskUSBank: WHY is Mary in jail while a liar and forger isn't? #FREEMaryMcCulley! #fraudsters pic.twitter.com/Cw0lgpEGkx May 8 at 9:43am · Like · 2

13       **Remove** **JoAnn Kennedy** we need tweets May 8 at 9:44am · Like · 1

14       **Remove** **JoAnn Kennedy** we only have a few hours stop being distracted May 8 at 9:44am · Like · 1

15       **Remove** **JoAnn Kennedy** Mary needs us to tweet May 8 at 9:45am · Like · 1

16       **Remove** **Lenore Albert** Actually, there is credible sources that we have known that the judge

17       will get ahold of all fb posting regarding Mary McCulley. As such there is a high probability that he will be appraised of this post. I am making sure the judge doesn't get any ammunition to increase her sentence to 3 years which he could do today, also. May 8 at 9:46am · Like · 1

18

19       **Remove** **JoAnn Kennedy** #Justice4Cecily got @TheDailyShow coverage. So why is #FREEMaryMcCulley still in a cold #Montana jail? http://wp.me/p3kDDA-kF

20       @DailyShowJon #FREEMaryMcCulley wins jury punitive damage of $5mil against USBank & corrupt Montana. Cops file criminal charges!

21       #FREEMaryMcCulley 1yr federal prison after winnng a $6 mil jury trial? @TheDailyShow #Justice4Cecily http://wp.me/p3kDDA-kF

22

23       Paranoid, yep that is what I am. When #FREEMaryMcCulley & #Justice4Cecily are in jail & #JamieDimon is golfing w/the Prez

24       2 women unlawfully jailed 4 protestng #CriminalBankers but #WallStreet is free? http://wp.me/p3kDDA-kF #Justice4Cecily #FREEMaryMcCulley

25       THE $6 MILLION WOMAN: INTERVIEW WITH MARY MCCULLEY http://wp.me/p3kDDA-kF #FREEMaryMcCulley

26

27       2 woman unlawfully jailed one @ least got @TheDailyShow #Justice4Cecily #FREEMaryMcCulley in jail http://wp.me/p3kDDA-kF

28

CREDITOR RAGLAND'S OPPOSITION TO DEBTOR'S OPPOSED PROOF OF CLAIM - Page 45 of 52

Case No. 8:18-bk-10548-ES

1    INNOCENT Mary McCulley sits in a Montana jail and has ONE day for us to help get her out. #FREEMaryMcCulley! How YOU can help: http://tinyurl.com/mxczxkq

2    URGENT CALL TO ACTION FOR ALL ACTIVISTS!! PLZ READ AND TWEET!! #FreeMaryMcCulley!! How YOU can help here: http://tinyurl.com/mxczxkq

3
4    Plz tell the TRUTH @AdamPainterNews @KTVM6 abt why Mary is in jail (ask liar/forger T. Cahill). #FREEMaryMcCulley! http://tinyurl.com/mxczxkq

5    @AdamPainterNews @KTVM6 WHY is #FREEMaryMcCulley in prison when she WON a $6 mil case against @USBank? The TRUTH: http://tinyurl.com/mxczxkq

6    @AskUSBank WHY Mary is in prison when she WON a $6 mil case against @USBank? How YOU can help: http://tinyurl.com/mxczxkq #FREEMaryMcCulley

7
8    Did you know an innocent woman is sitting in a MT state prison? YOU can help get her out. Here's how: http://tinyurl.com/mxczxkq #FREEMaryMcCulley

9    @AskUSBank WHY Mary is in prison when she WON a $6 mil case against @USBank? How YOU can help: http://tinyurl.com/mxczxkq #FREEMaryMcCulley

10   @DemocracyNow Have you heard of #FREEMaryMcCulley? WHY is Mary in jail when she WON a $6 mil @USBank settlement? pic.twitter.com/jxdeFh1QHb

11
12   #FREEMaryMcCulley 1 year federal prison after winning a $6 mil jury trial? Just coincidence @AskUSBank? @USBank pic.twitter.com/Cw0lgpEGkx

13   LIAR LIAR PANTS ON FIRE Let's @AskUSBank WHY Mary McCulley is in jail when she WON a settlement? #FREEMaryMcCulley pic.twitter.com/jxdeFh1QHb

14   LIAR LIAR PANTS ON FIRE Let's @AskUSBank WHY Mary McCulley is in jail when she WON a settlement? #FREEMaryMcCulley pic.twitter.com/jxdeFh1QHb

15
16   LIAR LIAR PANTS ON FIRE @USBank! Let's @AskUSBank WHY Mary McCulley is in jail #FREEMaryMcCulley! #fraudsters pic.twitter.com/Cw0lgpEGkx

17   @AskUSBank: WHY is Mary in jail while a liar and forger isn't? #FREEMaryMcCulley! #fraudsters pic.twitter.com/Cw0lgpEGkx

18
19   I'm disappointed 2. Let's @AskUSBank why an innocent woman is in jail while the forger is free? #FREEMaryMcCulley! pic.twitter.com/DPYGe1uYSf

20   WE DO NOT FORGIVE @ALTAOnline. WE DO NOT FORGET @USBank. EXPECT US. #OpMaryMcCulley #FreeMaryMcCulley #fraud #fraudsters #banksters pic.twitter.com/hFr9FgSZc8

21   **THE $6 MILLION WOMAN: INTERVIEW WITH MARY MCCULLEY**
libertyroadmedia.wordpress.comNOTE: This interview was conducted in late February 2014, before a sentencing he... See More □□□□□May 8 at 9:46am · Like □□□□

22
23   □□Remove□: **Lenore Albert** This is all really for Mary. So the court can see, it is not Mary on FB that makes dangerous and reckless statements that could lead to liability. In fact, Mary is supported by reasonable law abiding citizens. And until her hearing, I will keep that message very clear.□May 8 at 9:46am · Like · 1 □□□□□

24
25   □□Remove□: **JoAnn Kennedy** start copy and pasting□May 8 at 9:46am · Like · 1 □□□□□

26   □□Remove□: **Laurie A Rogers** You're not Mary's or Pam's lawyer .. and serving your own agenda! Good luck ladies, I'll do my part without this troll spewing her egotistical arrogance.□May 8 at 9:47am · Like · 1 □□□□□

27
28   □□Remove□: **Sheryll Alexander** ALL HANDS ON DECK!! TIME TO FOCUS. WE NEED

CREDITOR RAGLAND'S OPPOSITION TO DEBTOR'S OPPOSED PROOF OF CLAIM - Page 46 of 52

Case No. 8:18-bk-10548-ES

TWEET!! WOOT!! THANKS EVERYONE!! May 8 at 9:48am · Like · 2

　Remove　Lenore Albert Mary gave Pam and Me her emergency plan. I think Mary knows who she decided to trust if she went into prison. Your name was not on that list Laurie. May 8 at 9:48am · Like

　Remove　JoAnn Kennedy thank you we only have a few hours left your one tweet could make a difference May 8 at 9:49am · Like · 3

　Remove　JoAnn Kennedy Let Mary feel our love May 8 at 9:49am · Like · 1

　Remove　Sheryll Alexander @AP #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@Reuters #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@NBC #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@CBS #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@ABC #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@CNN #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@CNBC #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@PBS #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@cspan #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@DemocracyNow #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@AdamPainterNews #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@KTVM6 #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@KBZK #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@KPAX8 #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@BBC #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

@AFP #Justice4Cecily got @TheDailyShow coverage. WHY is #FREEMaryMcCulley in a cold #Montana jail? http://wp.me/p3kDDA-kF

**THE $6 MILLION WOMAN: INTERVIEW WITH MARY MCCULLEY**
libertyroadmedia.wordpress.comNOTE: This interview was conducted in late February 2014, before a

Case No. 8:18-bk-10548-ES

sentencing he .. See More ☐☐☐☐May 8 at 9:57am · Like ☐☐☐☐☐

☐☐**Remove**☐ **Laurie A Rogers** My name is on Pam's list Lenore .. so your statement with the pot shot is negated.☐May 8 at 10:22am · Like  ☐☐☐☐

☐☐**Remove**☐ **Lenore Albert** Pam and I have the same list. You are not on it, my dear.☐May 8 at 10:25am · Like  ☐☐☐☐

☐☐**Remove**☐☐**Laurie A Rogers** Uh no you don't lmao that much is clear.☐May 8 at 10:26am · Like  ☐☐☐☐

☐☐**Remove**☐ ☐**Lenore Albert** Yes, I do. I know who was sent the Plan. You just outed yourself. Only a few more hours to keep Mary's reputation safe from instigators, saboteurs and trolls. You can go away now. You just came out of your closet.☐May 8 at 10:27am · Like  ☐☐☐☐☐

☐☐ **Remove**☐ ☐**Laurie A Rogers** Are you that much of an idiot? Seriously? My Name is on PAM'S list and you are NOT privy to EVERYTHING that PAM discusses with ME! Get over yourself, you condescending troll! I've known Pam and known about her case LONGER than you have!☐May 8 at 10:29am · Edited · Like  ☐☐☐☐

☐☐**Remove**☐☐**Lenore Albert** Again, this is not what I said. I said your name was not on the list from Mary. This is about Mary. You are not on the list. You are not part of the plan. What you say and do is not indicative of the type or quality of friends, cohorts, and colleagues Mary McCulley actually associates with in real life Laurie. Your defamatory statements and divisive plans will not work. They are not working. Love, light, and peace rule the day. Only a few more hours now.☐May 8 at 10:33am · Like  ☐☐☐☐

☐☐**Remove**☐☐**Laurie A Rogers** Good bye troll☐May 8 at 10:33am · Like  ☐☐☐☐☐

☐☐**Remove**☐ ☐**Lenore Albert** May you one day find peace and good in the world.☐May 8 at 10:34am · Like  ☐☐☐☐

☐☐**Remove**☐☐**Laurie A Rogers** Take your version of peace and shove it up your ass Lenore! Along with your 5 cent web site!☐May 8 at 10:34am · Edited · Like  ☐☐☐☐

☐☐**Remove**☐☐**Lenore Albert** Maybe today is too soon for you to find peace and good in the world, but hopefully one day you will. Then you wont feel the need to make harsh and abusive attacks like you are right now.☐May 8 at 10:36am · Like  ☐☐☐☐

☐☐**Remove**☐ ☐**Laurie A Rogers** You are NOT Mary's LAWYER!☐May 8 at 10:39am · Like ☐☐☐☐☐

☐☐**Remove**☐ ☐**Lenore Albert** How does that statement, if true or not, change the peace you cannot find or the needless abusive attacks you want to spew out there?☐May 8 at 10:40am · Like  ☐☐☐☐

☐☐**Remove**☐☐**Laurie A Rogers** It is TRUE and I'm more privy to things going on with this than you think I am .. needless attacks? Someone needs to call you on your bullshit!☐May 8 at 10:41am · Like ☐☐☐☐☐

☐☐ **Remove**☐☐**Lenore Albert** You have not pointed out anything, yet. You are not in a group with me. I can assure you and the rest of the world, including Judge Haddon's staff your conduct and words are not those of Mary McCulley, her cohorts, friends or colleagues.☐May 8 at 10:43am · Like  1  ☐☐☐☐

☐☐☐**Remove**☐☐**Laurie A Rogers** I don't need to be in a group with you and by the looks of things, the majority of the women on this thread and the men liking my commentary aren't in a group with you either .. which you continuously FAIL to pass all logic on seeing. You are feeding into people's possible fears and are trying to make them complacent to what YOU think is right when it's NOT. You are a little girl playing in a big girls game .. you're what? Maybe 32 or 34 tops and haven't the faintest of what TRUE activism entails for cases such as these.

I know things you aren't privy too and that's a FACT, so freakin suck it up and deal with it .. I could

Case No. 8:18-bk-10548-ES

give 2 iotas that you are some small time lawyer, I play with big boys in big boy games. May 8 at 10:47am · Edited · Like · 1 ·

**Remove** Lenore Albert I bet you do know a lot of things I am not privy to Laurie. However, I am not a divider or saboteur. You don't have one like on your posts today, other than one of your posts that I liked. You are still hurling threats and defamatory statements against me. You have no facts to support anything you say about me personally. May 8 at 11:55am · Like ·

**Remove** Laurie A Rogers Ummm no I'm not lol .. and you most certainly have divided these ladies that is for certain ... and yes I do have more likes on my posts than you do, if we're going to get technical about it. FACT is Lenore, these ladies don't like how you're going about things and I'm here to support that WAKE UP call alongside them. IF you gave 2 shits about Mary as much as you so claim, you wouldn't be on here wasting your breath talking to me or any of the rest of them. I will do my part like I was ASKED to by MY FRIEND Pam. Now please be gone with you, because you've done nothing but assert NEGATIVITY amongst these ladies and they've made it quite clear they don't like you. May 8 at 11:59am · Edited · Like · 1 ·

**Remove** Lenore Albert What ladies? You are alone. May 8 at 12:00pm · Like ·

**Remove** Laurie A Rogers Right lmao .. go do your job! May 8 at 12:00pm · Like ·

**Remove** Lenore Albert I won't leave until after Mary's hearing. Again, your words do not represent Mary's character or that of her cohorts, colleagues or friends. May 8 at 12:03pm · Like ·

**Remove** Laurie A Rogers Why don't you actually do something about it instead of talking out of your ass May 8 at 12:04pm · Like ·

**Remove** Lenore Albert I don't understand your question. May 8 at 12:04pm · Like ·

**Remove** Laurie A Rogers Yeah kinda like you don't understand putting a disclaimer on your page either .. but yet you're some awesome lawyer lol May 8 at 12:05pm · Like ·

**Remove** Lenore Albert My news page explains exactly what it is. May 8 at 12:05pm · Like ·

**Remove** Lenore Albert I don't believe your a member of my news page. I don't believe you even know the name of my news page. May 8 at 12:06pm · Like ·

**Remove** **Maegan Donovan Nikolic** Her censored news page is while you were distracted. May 8 at 12:08pm · Like · 1 ·

**Remove** Laurie A Rogers I'm not distracted, but if her blog looks anything like her web site (which I'm sure it does) .. I'm not interested in having to shudder in order to read it. And for the record I do have a web design portion in one of my companies .. so that's where those shots are coming from .. the look and presentation of web sites matter in this case. May 8 at 12:20pm · Edited · Like ·

**Remove** Lenore Albert Keeping libel and defamation out of a news page - is completely respected and expected in a civilized society. If you are not on board with that or with wins and protection of consumers against fraud, that is your cup of tea. However, it does not reflect on Mary's character or that of her friends, cohorts and colleagues. May 8 at 12:33pm · Like ·

**Remove** Laurie A Rogers And you don't get it once again .. all you needed to do, like any other lawyer would do, is post a disclaimer stating that views and opinions expressed by others on this site are not yours or Mary's .. or is that too much work for you?

I know some of your history in these cases .. don't think for one second, I don't. May 8 at 12:35pm · Like · 1 ·

**Remove** **Pam Ragland** OK ... let's send good thoughts to Mary, and keep tweeting and

CREDITOR RAGLAND'S OPPOSITION TO DEBTOR'S OPPOSED PROOF OF CLAIM - Page 49 of 52

Case No. 8:18-bk-10548-ES

raising awareness please. We only have 2 hours left. It is how Mary Mcculley would want it. And if I was in jail, it's how I would want it. May 8 at 12:54pm · Edited · Like · 3

Remove  **Maegan Donovan Nikolic** Yep, I have this whole thread screen shot and saved but as of now I'd think its best to take down. Lenores ego has ruined your post May 8 at 12:57pm · Like · 1

Remove  **Pam Ragland** I'm not taking it down. This is an excellent article. I doubt anyone but us and US Bank will read this. I stand behind them lying (deceit is lying) and being crooks (breaking the law is a crook) so I'm not worried. May 8 at 12:59pm · Like · 3

Remove  **Karen M. Rozier** You can repost it and delete the string ... May 8 at 12:59pm · Like · 1

Remove  **Laurie A Rogers** I've got the whole thing screen shot as well .. Pam check your PM, need something May 8 at 1:00pm · Like · 1

Case No. 8:18-bk-10548-ES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Attachment E – Albert Email Firing Clients over Facebook Post

From: lenore albert <lenalbert@interactivecounsel.com>
Subject: **Your Title To Your Homes and Occupy**
Date: May 21, 2014 1:12:38 PM PDT
To: Sherry Hernandez <Renoira@sbcglobal.net>, "carlosoccupy@gmail.com" <carlosoccupy@gmail.com>, Soly Corona <soly.corona@yahoo.com>, Scooby Doo Brown <cindy53brown@gmail.com>
Reply-To: lenore albert <lenalbert@interactivecounsel.com>

This is to make sure you each understand this very clearly - none of you, except for Cindy, had title to your home when you asked for representation. Whether I represent Mary McCulley or not is none of Maegan's business. The fact that she is attacking me and are not concerned about in the sense as to why she is attacking me instead of concerned that she is right that I am blowing your cases, causes serious concern.

This is to be clear, I did not lose title to any of your homes for the simple fact you have not had title to your homes, and did not have title to your homes before you signed on with me.

I do not like this at all and really think you guys should get other attorneys because an attorney-client relationship is only as good as the trust between an attorney and client. I have too good of a reputation in the legal community to deal with this and truth be told, it is not fair to you either. You need to have confidence in your attorney.

The only person who holds title is Cindy. The only reason she holds title, again, has nothing to do with me. I did not file a TRO or any other paper to make that happen.

I hope I have made myself very clear here.

Sincerely,

Lenore L. Albert, Esq.
**Law Offices of Lenore Albert**
7755 Center Ave Suite #1100
Huntington Beach, California 92647
Phone: 714-372-2264 or e-fax: 419-831-3376
www.interactivecounsel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above only. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. If you are not the intended recipient you are directed to notify this law office, then delete this message and destroy any copies thereof.