1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@dgdk.com*
2  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@dgdk.com*
3  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   1900 Avenue of the Stars, 11th Floor
4  Los Angeles, California 90067-4402
   Telephone:   (310) 277-0077
5  Facsimile:   (310) 277-5735

6  Proposed Attorneys for Jeffrey I. Golden,
   Chapter 7 Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                    **SANTA ANA DIVISION**

11  In re                              Case No. 8:18-bk-10548-ES

12  LENORE LUANN ALBERT-SHERIDAN,      Chapter 7

13                                     **NOTICE OF MOTION AND MOTION
                                       FOR ORDER AUTHORIZING TRUSTEE
14                                     TO SELL OR ABANDON CERTAIN
                                       LITIGATION CLAIMS; MEMORANDUM
15                                     OF POINTS AND AUTHORITIES;
                                       DECLARATION OF JEFFREY I.
16                  Debtor.           GOLDEN AND REQUEST FOR
                                       JUDICIAL NOTICE IN SUPPORT
17                                     THEREOF

18                                     Date:    October 11, 2018
                                       Time:    10:30 a.m.
19                                     Place:   Courtroom 5A
                                                411 West Fourth Street
20                                              Santa Ana, California 92701

21       **PLEASE TAKE NOTICE** that, on October 11, 2018 at 10:30 a.m., Jeffrey I. Golden, the

22  Chapter 7 trustee (the "Trustee") for the estate of Lenore LuAnn Albert-Sheridan (the "Debtor"),

23  hereby moves (the "Motion") for entry of an order authorizing: (1) the sale of all of the Trustee's

24  right, title and interest in and to certain litigation claims (the "Litigation Claims")[1] as set forth in

25  the Motion; or, in the alternative, (2) abandonment of the Litigation Claims.

26  _____

27  [1] The specific Litigation Claims are set forth in Exhibit "2" to the Trustee's Declaration appended
    hereto.

28

1    Pursuant to Local Bankruptcy Rule 6004-1(c), the Trustee provides the following

2  information:

3    **A.    Date, Time and Place of Hearing**:  The date, time and place of the hearing on the

4  Motion are set forth above.  The Court may entertain higher and better bids at the time of the

5  hearing on the Motion.

6    **B.    Proposed Buyer**:  Auction during hearing.

7    **C.    Description of the Property To Be Sold**:  The Trustee proposes to sell all of the

8  estate's right, title and interest in and to the Litigation Claims to the highest bidder.

9    **D.    Terms and Conditions of the Proposed Sale, Including the Price and All**

10  **Contingencies**:  The Trustee seeks to sell the estate's right, title and interest in and to the Litigation

11  Claims to the highest bidder.  The proposed sale will be by public auction and will take place

12  during the hearing on the Motion.  The sale shall be "AS-IS" and "WHERE IS" without any

13  representation, warranty or recourse whatsoever, subject to all existing liens, claims and

14  encumbrances in their AS-IS state.  Any initial bids or overbids for the purchase of the Litigation

15  Claims may be made in bulk or on an individual basis.

16    **E.    Whether the Sale is Free and Clear of Liens, Claims and Interests or Subject to**

17  **Them**:  The sale shall be subject to any liens.

18    **F.    Whether the Proposed Sale Is Subject to Higher and Better Bids**:

19    The Trustee holds and retains sole discretion in accepting and rejecting all initial bids and

20  overbids, subject to Court approval.  Any party wishing to participate in the bidding must notify the

21  Trustee, through his counsel, no later than 48 hours prior to the hearing that they intend to bid and

22  prior to the commencement of bidding, have funds available for the asset or assets it wishes to

23  purchase in the form of a cashier's check or cashier's checks in the full amount of their initial bid,

24  plus cashier's checks for any additional amounts to be bid at the hearing on the Motion.  Any

25  subsequent overbids shall be in minimum increments of $1,000.  The full purchase price must be

26  paid to the Trustee prior to the conclusion of the hearing on the Motion.

27    **G.    The Consideration to Be Received by the Estate, Including Estimated**

28  **Commissions, Fees, and other Costs of Sale**:  The sale will be by auction to the highest bidder so

1    there are no costs of sale or commissions to be paid.

2        **H.    Brokers' Commissions:  None.**

3        **I.    Possible Tax Consequences to the Estate**:  The Trustee is not aware of any adverse

4    tax consequences from the sale.

5        **J.    Date by which any Objections Must Be Filed and Served:**  Any objection to the

6    Motion must be filed and served not less than 14 days before the date of the hearing described

7    above.

8        **K.    Abandonment**  In the alternative, the Trustee seeks authority to abandon the

9    Litigation Claims if he does not obtain an acceptable bid at the hearing on the Motion.

10        **PLEASE TAKE FURTHER NOTICE**, that the Motion is based upon this Notice of

11    Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of

12    Jeffrey I. Golden, as Trustee, the Request for Judicial Notice attached hereto, as well as such

13    further grounds as may be submitted at or prior to the time of the hearing on the Motion.

14        **PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Bankruptcy Rule 9013-1(f),

15    a written response to the Motion must be filed and served at least fourteen (14) days before the

16    hearing.  Any response must be filed with the Clerk of the Court, and served upon counsel for the

17    Trustee named in the upper left-hand corner on the first page of this Notice of Motion and Motion,

18    as well as upon the United States Trustee, at 411 West Fourth Street, Suite 7160, Santa Ana,

19    California 92701.

20        Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve papers may

21    be deemed by the Court to be consent to the granting or denial of the Motion, as the case may be.

22    DATED:  August ᵗʰ, 2018          DANNING, GILL, DIAMOND & KOLLITZ, LLP

23

24                                By: _____

25                                    AARON E. DE LEEST
                                    Attorneys for Jeffrey I. Golden,
26                                    Chapter 7 Trustee

27

28

1494933.3  26843                              3

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## I.

3

## STATEMENT OF FACTS

4

**A.    Bankruptcy Background**

5       On or about February 20, 2018 (the "Petition Date"), Lenore LuAnn Albert-Sheridan (the

6   "Debtor"), commenced this case by filing a voluntary petition for relief under Chapter 13 of Title

7   11 of the United States Code (the "Code").

8       Pursuant to an order entered by the Court on or about June 26, 2018 (*docket no. 196*), the

9   Debtor's case was converted to one under Chapter 7.

10      Jeffrey I. Golden was thereafter appointed and now serves as the Chapter 7 trustee (the

11  "Trustee") for the Debtor's bankruptcy estate (the "Estate").

12  **B.    The Litigation Claims**

13      The Debtor's schedule A/B (*docket no. 21*) and amended schedule A/B (*docket no. 158*)

14  reflect that the assets of the Debtor's estate include a number of litigation claims against third

15  parties.  A copy of the pertinent portions of the Debtor's schedule A/B and amended schedule A/B

16  are attached as Exhibit "1" hereto.

17      The Debtor's litigation claims against third parties may include, but are not limited to, the

18  lawsuits and adversary proceedings set forth on Exhibit "2" hereto that the Trustee seeks to sell or,

19  in the alternative, abandon.  The lawsuits and adversary proceedings set forth on Exhibit "2" hereto

20  that the Trustee seeks to sell or abandon are defined herein as the "Litigation Claims."

21

22

## II.

23

## TERMS OF THE PROPOSED SALE

24  **A.    The Sale by Auction**

25      Subject to Court approval, the Trustee seeks to sell the Estate's right, title and interest in the

26  Litigation Claims.  The proposed sale will be by public auction and will take place during the

27  hearing on the Motion.

28

**B.**     **"As Is" and "Where Is"**

The sale shall be "AS-IS" and "WHERE IS" without any representation, warranty or recourse whatsoever, subject to all existing liens, claims and encumbrances in their AS-IS state.

**C.**     **Proposed Bidding and Overbidding Procedures**

The sale of the Litigation Claims will be by auction at the time of the hearing on the Motion.  Initial bids and any overbids may be made for the purchase of the Trustee's right, title and interest in the Litigation Claims.  Any initial bids or overbids for the purchase of the Litigation Claims may be made in bulk or on an individual basis.

The Trustee holds and retains sole discretion in accepting and rejecting all initial bids and overbids, subject to Court approval.

The Trustee further recommends and requests that the Court approve the following procedure for all bids made in bulk or on an individual basis.

1.     Any party wishing to participate in the bidding must notify the Trustee, through his counsel, no later than 48 hours prior to the hearing that they intend to bid.

2.     Any party wishing to participate in the bidding must, prior to the commencement of bidding, have funds available for the asset or assets it wishes to purchase in the form of a cashier's check or cashier's checks in the full amount of their initial bid, plus cashier's checks for any additional amounts to be bid at the hearing on the Motion.

3.     Any subsequent overbids shall be in minimum increments of $1,000.

4.     The full purchase price must be paid to the Trustee prior to the conclusion of the hearing on the Motion.

**D.**     **Abandonment**

In the event that the Trustee does not receive an acceptable bid or bids for the Litigation Claims, the Trustee seeks authority to abandon the Litigation Claims as requested herein.

## III.

## SALE IS IN THE BEST INTEREST OF THE ESTATE AND ITS CREDITORS

Under the authority of the Bankruptcy Code, bankruptcy courts are authorized to permit the Trustee to conduct a sale of estate property outside of the ordinary course of business if such sale is in the best interests of the estate and its creditors. *See, e.g., In re Huntington, Ltd.*, 654 F.2d 578 (9th Cir. 1981); *In re Equity Funding Corp.*, 492 F.2d 793 (9th Cir. 1974); *In re Canyon Partnership*, 55 B.R. 520 (Bankr. S.D. Cal. 1985).

A trustee's duties in liquidating the assets of an estate require that a trustee sell the property of the estate where there is equity, or in this case, where there may be value for the Estate. The Trustee believes that the proposed sale in this case is the best method by which to maximize the value of the Estate's interests in the Litigation Claims in order to pay creditors.

The Trustee has reviewed the Litigation Claims and has concluded that it is in the Estate's best interest to hold an auction for the Litigation Claims so that they could be sold to the highest bidder. The sale is subject to overbids, so any and all parties wishing to purchase the Estate's right, title and interest in the Litigation Claims for a higher price may do so. Accordingly, the proposed sale is in the best interests of the Estate and its creditors. In the event that there is no buyer, the Trustee requests authority, as discussed below, to abandon the estate's interest in the Litigation Claims.

In the event that there is an auction at the hearing on the Motion, the Trustee requests that the Court also make a finding that the successful buyers are good-faith purchasers within the meaning of 11 U.S.C. § 363(m).

## II.

## IN THE ALTERNATIVE, ABANDONMENT OF THE LITIGATION CLAIMS IS APPROPRIATE

Section 554(a) of the Bankruptcy Code provides, in pertinent part, as follows:

> After notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

1    11 U.S.C. §554 (a).  *See also, In re Johnston*, 49 F.3d 538, 540 (9th Cir. 1995) (Purpose of

2  abandonment statute is to permit trustee to abandon property that consumes the resources and

3  drains the income of the estate).  In order to properly effect abandonment of a claim, a trustee must

4  show that abandonment is the result of an intelligent decision made by a trustee on the basis of all

5  reasonably available information.  *Mele v. First Colony Life Ins., Co.*, 127 B.R. 82, 86 (D.D.C.

6  1991).

7    Here, in the event that the Trustee does not sell the Litigation Claims at auction, the Trustee

8  has determined that it is not economical or in the best interests of the Estate and its creditors to

9  pursue the Litigation Claims in the various lawsuits.  The Trustee does not have any funds in the

10  Estate to pursue the Litigation Claims.  For these reasons, absent a sale at auction, the Trustee

11  believes that abandonment is appropriate.

12    Therefore, unless the Trustee receives an acceptable offer for the  Litigation Claims during

13  the hearing on the Motion, the Trustee believes that abandonment of the Litigation Claims is

14  appropriate.

### III.

### CONCLUSION

17    Based upon the foregoing, the Trustee respectfully requests that the Court:

18    1.    authorize the sale of the Litigation Claims by auction during the hearing on the

19  Motion;

20    2.    confirm the sale by the Trustee of all of the right, title and interest of the estate in

21  each of the Litigation Claims at the hearing on the Motion to the highest bidder;

22    3.    authorize the Trustee to execute any documents necessary to consummate the

23  proposed sale;

24    4.    make a finding that the buyers are good-faith purchaser within the meaning of

25  11 U.S.C. § 363(m);

26    5.    approve the form and manner of notice provided by the Trustee of the sale;

27    6.    in the alternative, if the Trustee does not receive an acceptable bid during the

28  hearing on the Motion, authorize the abandonment of the Claims; and,

1494933.3  26843                                                7

7. for such other and further relief as the Court deems just and proper.

DATED: August ___, 2018    DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____

   AARON E. DE LEEST
   Attorneys for Jeffrey I. Golden,
   Chapter 7 Trustee

1494933.3  26843            8

## DECLARATION OF JEFFREY I. GOLDEN

I, Jeffrey I. Golden, declare and state as follows:

1.     I am the Chapter 7 Trustee of the bankruptcy estate (the "Estate") of Lenore LuAnn Albert-Sheridan (the "Debtor").

2.     I have personal knowledge of the facts in this declaration, except as to those matters that are based upon information and belief, which matters I believe to be true.  If called as a witness, I could testify competently to these facts.

3.     On or about February 20, 2018 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition (the "Petition") for relief under Chapter 13 of Title 11 of the United States Code (the "Code").  The Debtor's case was converted to Chapter 7 on or about June 26, 2018.

4.     Thereafter, I was appointed as the Chapter 7 trustee and I continue to serve in that capacity for the benefit of the estate and its creditors.

5.     The Debtor's schedule A/B (*docket no. 21*) and amended schedule A/B (docket no. 158) identify that the assets of the Debtor's estate include a number of litigation claims, including lawsuits and adversary proceedings, against third parties.  A true and correct copy of the pertinent portions of the Debtor's schedule A/B and amended schedule A/B are attached as Exhibit "1" hereto.

6.     I have reviewed the various lawsuits and adversary proceedings identified by the Debtor, and determined that it is in the best interest of the Estate to seek to sell or, in the alternative, abandon the following specifically identified lawsuits and adversary proceedings set forth on Exhibit "2" hereto and defined herein as the "Litigation Claims."

7.     I do not have any funds on hand in the Estate to pursue the Litigation Claims.

8.     I believe that it is appropriate to expose the Litigation Claims to the auction process to determine their value and to achieve the highest and best price for the Litigation Claims.

///

///

///

1494933.3  26843

9.      In the event that I am unable to sell the Litigation Claims at the auction during the hearing, I believe that it is in the best interests of the creditors of the Estates that the Claims be abandoned.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2018, at Costa Mesa, California.

Jeffrey I. Golden

1494933.3  26843

10

## REQUEST FOR JUDICIAL NOTICE

Jeffrey I. Golden, Chapter 7 Trustee of the bankruptcy estate (the "Estate") of Lenore LuAnn Albert-Sheridan (the "Debtor"), requests that the Court take judicial notice of the following:

1.      On or about February 20, 2018 (the "Petition Date"), Lenore LuAnn Albert-Sheridan (the "Debtor"), commenced this case by filing a voluntary petition (the "Petition") for relief under Chapter 13 of Title 11 of the United States Code (the "Code"). The case was converted to Chapter 7 on or about June 26, 2018.

2.      Jeffrey I. Golden was subsequently appointed as the Chapter 7 Trustee and continues to serve in that capacity for the benefit of the estate and its creditors.

3.      The Debtor's schedule A/B (*docket no. 21*) and amended schedule A/B (*docket no. 158*) identify that the assets of the Debtor's estate include a number of litigation claims, including lawsuits and adversary proceedings, against third parties. A true and correct copy of the pertinent portions of the Debtor's schedule A/B and amended schedule A/B are attached as Exhibit "1" hereto.

DATED: August 31, 2018                DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
AARON E. DE LEEST
Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

EXHIBIT 1

**Fill in this information to identify your case and this filing:**

Debtor 1    Lenore LuAnn Albert-Sheridan
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Central District of California

Case number   8:18-bk-10548-ES

☐ Check if this is an
  amended filing

Official Form 106A/B

# Schedule A/B: Property                                            12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the
category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally
responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.  14272 Hoover St #69
      Street address, if available, or other description

      _____

      Westminster        CA      92683
      City               State   ZIP Code

      Orange
      County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the        Current value of the
entire property?             portion you own?**
$       3,700.00        $       3,700.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by
the entireties, or a life estate), if known.**

Fee Simple

☐ Check if this is community property
  (see instructions)

If you own or have more than one, list here:

1.2.  _____
      Street address, if available, or other description

      _____

      _____
      City          State    ZIP Code

      _____
      County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the        Current value of the
entire property?             portion you own?**
$_____        $_____

**Describe the nature of your ownership
interest (such as fee simple, tenancy by
the entireties, or a life estate), if known.**

_____

☐ Check if this is community property
  (see instructions)

EXHIBIT 1

12

Case 8:18-bk-10548-ES    Doc 21    Filed 03/01/18    Entered 03/01/18 23:05:28    Desc
Main Document    Page 8 of 10

Debtor 1    Lenore LuAnn Albert-Sheridan                                          Case number (if known)   8:18-bk-10548-ES
            First Name    Middle Name    Last Name

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ...........                                          $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, public corruption, falsely impersonation, tort interference, Employee Espionage,, Unfair Debt Collection, Fraud

☐ No    False light, extortion, public corruption, falsely impersonation, tort interference, Employee Espionage,, Unfair Debt Collection, Fraud

☑ Yes. Describe each claim. ..................   IIED, UCL, 11 USC 525A, NIED, RICO, Assault/Battery, Stalking,    tbd
18 USC 1030, Invasion of Privacy/Defamation, identity theft,    $    500,000.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Describe each claim. ..................   Rees Levering, IIED, UCL, 11 USC 525A, NIED, Assault/Battery,    tbd
Stalking, Unauthorized access to computer, 18 USC 1030, 17200,    $    500,000.00
RICO, Defamation,  Invasion of privacy, Identity theft et al.

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ...........                                          $ _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached    →    $    1,003,016.00
for Part 4. Write that number here

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No

☑ Yes. Describe.......   Fees and costs advanced due from clients/former clients.    $    500,000.00

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☑ Yes. Describe.......   Computer software, computers, printers, copiers, desks, furniture, pictures, filing    $    3,000.00
cabinets, tables, chairs, electronic devices and office supplies.

ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lenore Albert<br>14272 Hoover Street #69<br>Westminster, CA 92683<br>424-365-0741<br>lenorealbert@msn.com | **FILED**<br>**MAY 3 1 2018**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF LENORE ALBERT | CASE NO.: 8:18-bk-10548-ES<br>CHAPTER: 13 |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B  ☐ Schedule C  ☐ Schedule D  ☐ Schedule E/F  ☐ Schedule G
☐ Schedule H  ☐ Schedule I  ☐ Schedule J  ☐ Schedule J-2  ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers  ☐ Statement of Intention  ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 05/31/2018

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

14

Debtor 1    Lenore LuAnn Albert-Sheridan    Case number *(if known)*  8:18-bk-10548-ES
_____    _____    _____
First Name    Middle Name    Last Name

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☑ No
   ☐ Yes. Name the insurance company
      of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
   property because someone has died.

   ☑ No
   ☐ Yes. Give specific information. .............    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No  False light, extortion, public corruption, falsely impersonation, tort interference, Employee Espionage,, Unfair Debt Collection,
   ☑ Yes. Describe each claim. ...... Fraud  IIED, UCL, 11 USC 525A, NIED, RICO, Assault/Battery, Stalking,    tbd
      18 USC 1030, Invasion of Privacy/Defamation, identity theft,    $_____ 500,000.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights**
   **to set off claims**

   ☐ No
   ☑ Yes. Describe each claim. ................ Rees Levering, IIED, UCL, 11 USC 525A, NIED, Assault/Battery,    tbd
      Stalking, Unauthorized access to computer, 18 USC 1030, 17200,    $_____ 500,000.00
      17500, False impersonation identity theft, Malicious Prosecution,
      RICO, Defamation,  Invasion of privacy, Identity theft et al.

35. **Any financial assets you did not already list**

   ☑ No
   ☐ Yes. Give specific information. ...........    $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
   **for Part 4. Write that number here**  →    $    1,003,016.00

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ☐ No
   ☑ Yes. Describe...... Fees and costs advanced due from clients/former clients.    $_____ 500,000.00

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ☑ Yes. Describe...... Computer software, computers, printers, copiers, desks, furniture, pictures, filing    $_____ 3,000.00
      cabinets, tables, chairs, electronic devices and office supplies.    +

ATTACHMENT FOR ITEM 33
(Claims Against Third Parties):

IIED, UCL, 11 USC 525A, NIED, RICO, Assault/Battery, Stalking, 18 USC 1030, Invasion of Privacy/Defamation, identity theft, Malicious Prosecution, Abuse of Process, Conspiracy, Constitutional violations, antitrust violation, invasion of privacy, false light, extortion, public corruption, falsely impersonating a local, state and/or federal agent, public disclosure of private facts, filing a false SAR report, filing false criminal complaint, breach of contract, interference with contract/prospective economic advantage, Wire Fraud/Mail Fraud, Theft of access device, Employee Espionage, RICO, Defamation, Unfair Debt Collection, Fraud and other claims against extremists and those complicit in their actions.

*Justice Protection Project v Xcentric Ventures, et al*          30-2014-00738725-CU-DF-CJC          filed 8/08/14
(Defamation, Stalking, Computer Intrusion, IIED, et al)                                                  $500,000 tbd

*Albert v Williams, et al*          8:18-cv-00448-CJC-JDE          filed 3/21/18
(Rackeetering (RICO), Civil Rights Action,  et al)                              injunctive relief/damages tbd

*Albert v Yelp* (to be filed - attempted extortion/extortion)

*Albert v Xcentric Ventures* (RipOff Report) (to be filed - attempted exortion/extortion)

*Albert v Seal* (Malicious prosecution/abuse of process) (to be filed)

*Albert v Spitzer* (to be filed)


ATTACHMENT FOR ITEM 34
(Other Contingent or Unliquidated Claims Against Third Parties):

Rees Levering, IIED, UCL, 11 USC 525A, NIED, Assault/Battery, Stalking, Unauthorized access to computer, 18 USC 1030, 17200, 17500, false impersonation, identity theft, Malicious Prosecution, Abuse of Process, Conspiracy, Constitutional violations, antitrust violation, invasion of privacy, false light, extortion, public corruption, falsely impersonating a local, state and/or federal agent, public disclosure of private facts, filing a false SAR report, filing false criminal complaint, breach of contract, interference with contract/prospective economic advantage, Wire Fraud/Mail Fraud, Theft of access device, Employee Espionage, RICO, Defamation, Unfair Debt Collection, Fraud and other claims against extremists and those complicit in their actions.

*Ford Credit v Albert v Ford Credit, et al*          30-2015-00823254-CL-CL-CJC          filed 12/3/15
Cross-claim, Rees Levering/Intentional Infliction of Emotional Distress Tort Action          $500,000.00 tbd

*Albert v Farfan, et al*          18-ap-1065-ES          4/2018          $tbd
Injunctive relief/damages

*Albert v ECMC, et al*          18-ap-1071-ES          4/20/18          $tbd

*Albert v Hannah, et al*          18-ap-1092-ES          5/29/18          $tbd

*Albert v Kelley*          18-ap-1093-ES          5/29/18          $4,000

*Albert v Coast Huntington, et al*          18-ap-1095-ES          5/29/18          $10,000

*Albert v I.R.S.*          18-ap-1096-ES          5/29/18          $5,000

*Albert v State Bar of California* (Malicious prosecution/abuse of process) (to be filed)

ATTACHMENT FOR ITEM 38:
(Accounts Receivable)
(All amounts are approximations)

| Adversary Proceeding | Case No. | Date Filed | Demand |
|---|---|---|---|
| *Albert v Majd* | 18-ap-1072-ES | 4/20/18 | $5,000.00 |
| *Albert v Womack, et al* | 18-ap-1073-ES | 4/20/18 | $64,000.00 |
| *Albert v Galope* | 18-ap-1074-ES | 4/20/18 | $24,000.00 |
| *Albert v Ballard, et al* | 18-ap-1090-ES | 5/23/18 | $42,000.00 |
| *Albert v Lester* | 18-ap-1089-ES | 5/23/18 | $29,000.00 |
| *Albert v Norman* | 18-ap-1087-ES | 5/23/18 | $25,000.00 |
| *Albert v Pasillas, et al* | 18-ap-1088-ES | 5/23/18 | $200,000.00 |
| *Albert v Bitzer, et al* | 18-ap-1094-ES | 5/29/18 | $65,000.00 |

Approximate A/R:    $454,000.00

EXHIBIT 2

|   | CAPTION | CASE NO. | NATURE OF PROCEEDINGS | COURT |
|---|---------|----------|----------------------|-------|
| 1 | Albert-Sheridan v. Farfan, Brandy Tady, Alex Hackert, Paul Bernardino, Hon. Yvette Roland, and State Bar of California | 8:18-ap-01065-ES | Complaint for Dischargeability of Debt, Violation of 11 U.S.C.§ 525(a), Violation of 42 U.S.C. § 1983 (civil rights violations), Violation of Fair Debt Collection Practices Act, and Unconstitutionality of Bus. And Prof. Code §§ 6103, 6086.10, and 6140.7 | U.S. Bankruptcy Court - Santa Ana |
| 2 | Albert-Sheridan v. Education Credit Management Corporation and The Education Resources Institute | 8:18-ap-01071-ES | Complaint for  Dischargeability of debt (student loan) | U.S. Bankruptcy Court - Santa Ana |
| 3 | Albert-Sheridan v. Majd and Kazim | 8:18-ap-01072-ES | Complaint for Attorney's Fees and Costs - $5,000 in fees and $1,200 in Costs | U.S. Bankruptcy Court - Santa Ana |
| 4 | Albert-Sheridan v. Womack and Hannah | 8:18-ap-01073-ES | Complaint for Attorney's Fees and Costs - $62,458 in fees and $1,714 in costs | U.S. Bankruptcy Court - Santa Ana |
| 5 | Albert-Sheridan v. Galope | 8:18-ap-01074-ES | Complaint for Attorney's Fees and Costs - $24,000 | U.S. Bankruptcy Court - Santa Ana |
| 6 | Albert-Sheridan v. Mitchell B. Hannah, The Education Resources Institute, Friendly Ford, 10675 Orange Park Blvd, LLC, Gary Schneider, and Francis B. Lantieri | 8:18-ap-01092-ES | Complaint for Validity, Priority, Extent of Liens | U.S. Bankruptcy Court - Santa Ana |
| 7 | Albert-Sheridan v. Kelley | 8:18-ap-01093-ES | Complaint for  Validity, Priority, Extent of Liens; Dischargeability; Refund of $700 | U.S. Bankruptcy Court - Santa Ana |
| 8 | Albert-Sheridan v. David Bitzer, Zhejiang Crafab Electirc Co., Ltd, Jason Hartman, Bonnie Kent, and Norman Koshak | 8:18-ap-01094-ES | Complaint for Attorney's Fees and Costs; indemnification for amounts owed to State Bar -  $65,000 in fees from 6 former clients | U.S. Bankruptcy Court - Santa Ana |
| 9 | Albert-Sheridan v. Coast Huntington Business Centers and ICON Owner POOL 1, LA Business Parks, LLC | 8:18-ap-01095-ES | Complaint for Violation of Fair Debt Collection Practices Act, Retaliatory Eviction, Violation of Automatic Stay | U.S. Bankruptcy Court - Santa Ana |
| 10 | Albert-Sheridan v. INTERNAL REVENUE SERVICE | 8:18-ap-01096-ES | Complaint for  Validity, Priority, Extent of Liens, refund on money | U.S. Bankruptcy Court - Santa Ana |

18

**EXHIBIT**

**2**

| 11 | Albert-Sheridan v. Tessler, Viewcrest Road Properties, LLC, and Carvalho | 8:18-ap-01114-ES | Complaint for Dischargeability of debt | U.S. Bankruptcy Court - Santa Ana |
|---|---|---|---|---|
| 12 | Justice Protection Project & Debtor vs. Xcentrix Ventures, LLC | 30-2014-00738725-CU-DF-CJC | Complaint for Defamation, Interference with Economic Advantage, Intentional Infliction of Emotional Distress - Post Appeal | Orange County Superior Court |
| 13 | Baldwin vs. Albert/ Cross-Complaint Albert vs. Baldwin & Bank of America | 30-2015-00784213-CU-PN-CJC | Complaint for Professional Negligence (Baldwin v. Albert) and Cross Complaint (Albert v. Baldwin, Bank of America and Reed Smith) Causes of action against Bank of America and Reed Smith: (1) tortious interference with contract and/or prospective economic advantage; and (2) violation of California's unfair competition laws (Business and Professions Code § 17200 et seq.); and (3) indemnity and contribution - Post Appeal on Cross Complaint | Orange County Superior Court |
| 14 | Christine Richters vs Todd Spitzer | 30-2018-00976891-CU-DF-CJC | Complaint for Defamation (Albert represented Plaintiff) - Complaint has been dismissed by Richters. Only issue remaining is Spitzer's Request for Attorney's fees. | Orange County Superior Court |
| 15 | Albert vs. Todd Spitzer and Brett Murdock | 30-2018-01003287-CU-DF-CJC | Complaint for Defamation and Civil Slander | Orange County Superior Court |
| 16 | Albert vs. Todd Spitzer (In the Matter of the Contested Election of Todd Spitzer, or Brett Murdock, as His Successor) | 30-2018-01002774-CU-PT-CJC | Orange County District Attorney Election Challenge | Orange County Superior Court |
| 17 | Albert vs. Anthony Troy Williams, Common Law Offices of America, George Olivo, Sheri Moody, Orange County Superior Court, State Bar of California, et al. | 8:18-cv-00448-CJC | Complaint for violation of 42 U.S. Code § 1983 (Civil action for deprivation of rights), Defamation, False Light, Extortion, Rico Violation, Unfair Competition Law Business and Professions Code § 17200 | U.S. District Court - Santa Ana |

1498198.1  26843

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL OR ABANDON CERTAIN LITIGATION CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JEFFREY I. GOLDEN AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  August 31, 2018  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL:**  On  August 31, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Lenore LuAnn Albert-Sheridan
14272 Hoover St #69
Westminster, CA 92683

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

⊠ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  August 31, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

BY EMAIL:  Lenore LuAnn Albert-Sheridan  lenalbert@interactivecounsel.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 31, 2018 | Beverly Lew | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

## 1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

Donald H Cram, III on behalf of Creditor Ford Motor Credit Company LLC
dhc@severson.com, jc@severson.com

Donald K Dunn on behalf of Defendant Neal Kelley
kevin.dunn@coco.ocgov.com, simon.perng@coco.ocgov.com

Robert S Gebhard on behalf of Defendant Icon Owner Pool 1, LA Business Parks, LLC
robert.gebhard@clydeco.us, trish.marwedel@clydeco.us;gloria.zwibel@clydeco.us

Jeffrey I Golden (TR)
lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com

Suzanne C Grandt on behalf of Creditor The State Bar of California
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant State Bar Of California
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant Alex Hackert
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant Brandon Tady
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant Maricruz Farfan
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant Paul Bernardino
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant Yvette Roland, Hon.
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Richard G Heston on behalf of Interested Party Richard Heston
rheston@hestonlaw.com,
eblanco@hestonlaw.com,docs@hestonlaw.com,assistant@hestonlaw.com;r41032@notify.bestcase.com

Eric P Israel on behalf of Interested Party Courtesy NEF
eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com

Bernard J Kornberg on behalf of Creditor Ford Motor Credit Company LLC
bjk@severson.com, elw@severson.com

Jonathan A Michaels on behalf of Trustee Jeffrey I Golden (TR)
jmichaels@mlgaplc.com, rjones@mlgaplc.com

Christopher O Rivas on behalf of Creditor BANK OF AMERICA, N.A.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O Rivas on behalf of Creditor Reed Smith
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

1494933.3  26843 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**

Scott A Schiff on behalf of Creditor Educational Credit Management Corporation
sas@soukup-schiff.com

Scott A Schiff on behalf of Creditor Pennsylvania Higher Education Assistance Agency
sas@soukup-schiff.com

Scott A Schiff on behalf of Defendant Education Credit Management Corporation
sas@soukup-schiff.com

Marc A Shapp on behalf of Creditor The State Bar of California
marc.shapp@calbar.ca.gov, joan.randolph@calbar.ca.gov

Najah J Shariff on behalf of Defendant UNITED STATES OF AMERICA on behalf of the INTERNAL
REVENUE SERVICE
najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

Aaron E de Leest on behalf of Interested Party Courtesy NEF
aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com

## 2. <u>SERVED BY U.S. MAIL</u>

| LIST OF ALL CREDITORS AND INTERESTED PARTIES |
| --- |

| | | |
| --- | --- | --- |
| BANK OF AMERICA, N.A.<br>c/o Reed Smith LLP<br>355 South Grand Ave, Suite 2900<br>Los Angeles, CA 90071-1514 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Reed Smith<br>355 South Grand Ave, Suite 2900<br>Los Angeles, CA 90071-1514 | The State Bar of California<br>180 Howard Street<br>San Francisco, CA 94105-1639 | 10675 S Orange Park Blvd LLC<br>Samuels Green & Steel LLP<br>19800 MacArthur Blvd Ste 1000<br>Irvine, CA 92612-2433 |
| ADR Services Inc<br>19000 MacArthur Blvd Suite 550<br>Irvine, CA 92612-8561 | AVVO Inc<br>720 Olive Way Suite 1400<br>Seattle, WA 98101-1833 | Aaron Morris<br>Morris & Stone<br>17852 17th St Suite 201<br>Tustin, CA 92780-2143 |
| Ace Imaging Tech<br>PO Box 71036<br>Los Angeles, CA 90071-0036 | Affiliated Pathologists Med Grp<br>PO Box 8660<br>St Louis, MO 63126-0660 | Alltran Financial LP<br>PO Box 610<br>Sauk Rapids, MN 56379-0610 |
| Bank of America NA<br>100 N Tryon St<br>Charlotte, NC 28255-0001 | Bank of America, N.A.<br>c/o Peter J. Kennedy, Esq.<br>Reed Smith LLP<br>355 S. Grand Ave., #2900<br>Los Angeles, CA 90071-1514 | Beach Emergency Med Assoc<br>PO Box 660519<br>Arcadia, CA 91066-0519 |

1494933.3  26843 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Bolsa Ave Mini Storage
7402 Bolsa Ave
Westminster, CA 92683-5212

CACH, LLC its successors and assigns as
assign of Springleaf Finance, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CCC of New York
34 Seymour St
Tonawanda, NY 14150-2126

CIR Law Office
8031 Linda Vista Rd
San Diego, CA 92111-5110

Cache LLC
PO Box 29225
Brooklyn Center, MN 55429-0225

Cal Interpreting & Translation
12304 Santa Monica Blvd
Los Angeles, CA 90025-2551

California Secretary of State
1500 11th Street
Sacramento, CA 95814-5701

Citibank, N.A.
100 Citibank Drive
Bldg 1 FL 1
San Antonio, TX 78245-3202

City of Westminster
PO Box 269110
Sacramento, CA 95826-9110

Coast Huntington
7755 Center Ave #1100
Huntington Beach, CA 92647-3091

County of Orange
P.O. Box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

Credit Control LLC
PO Box 31179
Tampa, FL 33631-3179

David Bitzer
5940 Park Crest Drive
Chino Hills, CA 91709-6322

David Wendell Seal
100 Spectrum Center Dr., Suite 900
Irvine, CA 92618-4974

Devin Randall Lucas
2901 W Coast Highway Ste 200
Newport Beach, CA 92663-4045

Dunning Law Firm
4545 Murphy Canyon Rd #200
San Diego, CA 92123-4363

Educational Credit Management
Corporation
PO Box 16408
St. Paul, MN 55116-0408

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Ford Motor Credit Company
225 S Lake Ave Suite 1200
Pasadena, CA 91101-3000

Francis B Lantieri
Samuels Green & Steel LLP
19800 MacArthur Blvd Suite 1000
Irvine, CA 92612-2433

Friendly Ford
660 N Decatur
Las Vegas, NV 89107-1999

Gary A Schneider
Samuels Green & Steel LLP
19800 MacArthur Blvd Suite 1000
Irvine, CA 92612-2433

Huntington Beach Hospital
File 1088 1801 W Olympic Blvd
Pasadena, CA 91199-1088

INTERNAL REVENUE SERVICE
Centralized Insolvency Operations
PO BOX 7346
Philadelphia, PA 19101-7346

Icon Owner Pool 1
LA Business Parks LLC
7281 Garden Grove Blvd Suite G
Garden Grove, CA 92841-4212

Irwin Tessler
12312 Viewcrest Rd
Studio City, CA 91604-3651

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

1494933.3   26843 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

Jilio Ryan Court Reporters
14661 Franklin Avenue, Suite 150
Tustin, CA 92780-7260

Lexis Nexis
2112 Business Center Drive Ste 150
Irvine, CA 92612-7130

Michael Tessler
12312 Viewcrest Rd
Studio City, CA 91604-3651

Mitchell B Hannah Esq
100 Pacifica Ste 370
Irvine CA 92618-7448

Nehemia Schwartz
2550 Pacific Coast Hwy Sp 68
Torrance, CA 90505-7751

Network Deposition Services
1800 Century Park East Suite 150
Los Angeles, CA 90067-1509

Nira Woods Schwartz
2550 Pacific Coast Hwy Sp 68
Torrance, CA 90505-7751

PHEAA
1200 North 7th Street
Harrisburg, PA 17102-1444

PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

Pam Ragland
30 Santa Cruz
Rancho Santa Margarita, CA 92688-2545

Pam Ragland
PO Box 761
Trabuco Canyon, CA 92678-0761

Phil Green
Samuels Green & Steel LLP
19800 MacArthur Blvd Suite 1000
Irvine, CA 92612-2433

Reed Smith LLP
101 Second Street Ste 1800
San Francisco, CA 94105-3659

Reed Smith, LLP
355 S Grand Ave #2900
Los Angeles, CA 90071-1514

Sayegh Professional Dental Corp
Antoine S Sayegh, DDS
707 W Route 66 #102
Glendora, CA 91740-4175

Sayegh Professional Dental Corp.
7677 Center Ave Suite 210
Huntington Beach, CA 92647-9103

Severson & Werson, LLP
19100 Von Karmen Ave Suite 700
Irvine, CA 92612-6578

Southwest Collection Svc
1111 E Katella Ave Ste 260
Orange, CA 92867-5060

SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

State Bar of California
845 S Figueroa Street
Los Angeles, CA 90017-2515

Susan Uccelli
aka Uccelli & Associates
1243 Mission Road
S San Francisco, CA 94080-1397

The Education Resources Institute
PO Box 84108
Boston, MA 02284

Transworld Systems
500 Virginia Dr Suite 514
Ft Washington, PA 19034-2707

US Department of Education
400 Maryland Avenue SW
Washington, DC 20202-0001

US Legal Support
363 N Sam Houston Pkwy Ste 1200
Houston, TX 77060-2425

David Scott Gingras, Esq.
Gingras Law Office, PLLC
4802 E. Ray Road #23-271
Phoenix, AZ  85044

Verizon Wireless
One Verizon Way
Basking Ridge, NJ 07920-1097

1494933.3  26843 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

Viewcrest Road Properties LLC
12312 Viewcrest Rd
Studio City, CA 91604-3651

Viewcrest Road Properties, LLC
c/o Arthur Carvalho, Jr.
Lang, Hanigan & Carvalho, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367-7165

Westminster MHP
Attn Office Manager
14272 Hoover Street
Westminster, CA 92683-4348

Xcentric Ventures, LLC
500 S Mill Ave Suite 310
Tempe, AZ 85281-3632

Yelp Inc
818 W Seventh Street
Los Angeles, CA 90017-3407

Richard Heston
Heston & Heston
19700 Fairchild Road Ste 280
Irvine, CA 92612-2521

Robert Dickson, Esq.
Dickson & Dickson
4 Hutton Centre Drive, Suite 900
Santa Ana, CA 92707

Karen Rozier
P. O. Box GC 3755
Secondi-Takaradi
GHANA, WEST AFRICA

Karen Rozier
1313 Idylwood Road
Pikesville, MD 21208

Aaron Paul Morris, Esq.
Deanna Stone Killeen, Esq.
Morris & Stone LLP
17852 E. 17th Street, Suite 201
Tustin, CA 92780

Nicholas A. Rozansky
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Maegen Nikolic
7326 Pickering Avenue, Apt. E
Whittier, CA 90602

Kazem Majd
14542 Rutledge Sq.
San Diego, CA 92128

Hallie D. Hannah, Esq.
Law Office of Mitchell R. Hannah
100 Pacifica, Ste. 370
Irvine, CA 92618

Hallie D. Hannah, Esq.
9900 Research Drive
Irvine, CA 92618-4309

Helen Galope
19117 Delano Street
Tarzana, CA 91335

Friendly Ford
12612 N. Decatur
Las Vegas, NV 89109

Jason Hartman
4132 S. Rainbow Bld., #170
Las Vegas, NV 89103

Norman Koshak
1550 S. Sunkist St., #H
Anaheim, CA 92806

Zhejiang Crafab Electric Co., Ltd.
c/o Charles Pribius
Gary Woo, General Manager
15140 Goldenwest Circle
Westminster, CA 92683

Helen Koshak
1550 S. Sunkist St., #H
Anaheim, CA 92806

Bonnie Kent
P. O. Box 218
Yorba Linda, CA 92885

Gregory Diamond, Esq.
Law Office of Gregory a. Diamond
920 Steele Drive
Brea, CA 92821

LexisNexis
9443 Springboro Pike
Miamisburg, OH 45342

Elevated Health, Inc.
18800 Delaware St., Ste. 800
Huntington Beach, CA 92648

Mary McCulley
206 Phillips Ct.
Owensboro, KY 42303

Norman J. Watkins, Esq.
Shannon L. Gustafson, Esq.
Ruben Escobedo, Esq.
Lynberg & Watkins
1100 Town & Country Road, #1450
Orange, CA 92868

1494933.3  26843 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

George Olivo
Theo Lacy Facility
501 The City Dr. S.
Orange, CA  92868

Anthony Troy Williams
FDC Honolulu, #05963-122
PO Box 30080
Honolulu, HI  96820

Monica Jones
149 Cologne Court
Henderson, NV  89074

Citibank, N.A. (to the President or
Authorized Officer)
Wendy Barcenas, Branch Manager, Vice
President
2677 N. Main Street
Santa Ana, CA  92705

Karin Huffer
3236 Mountain Spring Road
Las Vegas, NV  89146

Benjamin Heston
Heston & Heston
19700 Fairchild Road Ste 280
Irvine, CA 92612-2521

State Bar of California
Melanie Lawrence, California State Bar
authorized agent
California State Bar
845 South Figueroa Street
Los Angeles, CA  90017-2515

James P. Wohl, Esq.
Law Offices of James P.Wohl
1925 Century Park East, Suite 2140
Los Angeles, CA  90067

Paul J. Carter, Esq.
Bergkvist, Bergkvist & Carter
400 Oceangate, Suite 800
Long Beach, CA  90802

Brett Murdock, Esq.
324 S. Brea Blvd.
Brea, CA  92821

Santa Ana Division
411 West Fourth Street, Suite 2030
Santa Ana, CA  92701-4500

Instant Storage – Marc Caputo
P. O. Box 81687
Bakersfield, CA  93380-1687

Robert M. Dickson
Law Office of Mitchell B. Hannah
4 Hutton Centre Dr., Ste. 900
Santa Ana, CA  92707

1494933.3   26843 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**