ERIC P. ISRAEL (State Bar No. 132426)
eisrael@dgdk.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:    (310) 277-0077
Facsimile:    (310) 277-5735

Proposed Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re | Case No. 8:18-bk-10548-ES |
|---|---|
| LENORE LUANN ALBERT-SHERIDAN, | Chapter 7 |
| Debtor. | **ORIGINAL SIGNATURE OF JEFFREY I. GOLDEN TO CHAPTER 7 TRUSTEE'S NOTICE OF APPLICATION AND APPLICATION TO EMPLOY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL BANKRUPTCY COUNSEL; STATEMENT OF DISINTERESTEDNESS** |
| | Date:    September 13, 2018<br>Time:    10:30 a.m.<br>Place:    Courtroom 5A<br>411 West Fourth Street<br>Santa Ana, California 92701 |

1499477.1  26843

1

will apply to the Court under §§ 330 and 331 of the Bankruptcy Code for an allowance of fees and reimbursable expenses not more often than every 120 days. All applications of Danning-Gill for compensation will be heard upon notice to creditors and other parties-in-interest. Danning-Gill will accept such fees and reimbursement for expenses as may be awarded by the Court. Danning-Gill expects that its compensation will be based upon a combination of factors including, without limitation, its customary fees charged to clients who pay Danning-Gill monthly, as those fees are adjusted from time to time, the experience and reputation of counsel, the time expended, the results achieved, the novelty and difficulty of the tasks undertaken (including applicable time limitations) and the preclusion from other employment caused by its work in this bankruptcy case.

13. Attached hereto collectively as Exhibit "2" and incorporated herein by this reference is a schedule of the 2018 rates regularly charged by Danning-Gill to its private clients who pay on a monthly basis. Attached hereto as Exhibit "3" and incorporated herein by this reference is a list of Danning-Gill's 2018 rates of reimbursement for expenses.

14. There will be no oral or written employment agreement between applicant and Danning-Gill, apart from this application and the order entered upon this application. The only source of payment of compensation for Danning-Gill will be from the estate, as may be approved and ordered paid by the Court after notice and hearing. No retainer has been paid or will be paid to Danning-Gill.

WHEREFORE, applicant prays the Court to enter its order authorizing him to employ Danning-Gill as his general counsel, effective as of July 26, 2018, as an administrative expense in this bankruptcy case, and for such other and further relief as may be just and proper.

Dated: August 23, 2018

_____
Jeffrey I. Golden, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): ORIGINAL SIGNATURE OF JEFFREY I. GOLDEN TO CHAPTER 7 TRUSTEE'S NOTICE OF APPLICATION AND APPLICATION TO EMPLOY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL BANKRUPTCY COUNSEL; STATEMENT OF DISINTERESTEDNESS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 6, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On September 6, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Lenore LuAnn Albert-Sheridan
14272 Hoover St #69
Westminster, CA 92683

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 6, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

BY EMAIL: Lenore LuAnn Albert-Sheridan  lenalbert@interactivecounsel.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 6, 2018 | Vivian Servin | /s/ Vivian Servin |
|---|---|---|
| Date | Printed Name | Signature |

1499477.1  26843

**ADDITIONAL SERVICE INFORMATION** (if needed):

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Donald H Cram, III on behalf of Creditor Ford Motor Credit Company LLC
dhc@severson.com, jc@severson.com

Donald K Dunn on behalf of Defendant Neal Kelley
kevin.dunn@coco.ocgov.com, simon.perng@coco.ocgov.com

Robert S Gebhard on behalf of Defendant Icon Owner Pool 1, LA Business Parks, LLC
robert.gebhard@clydeco.us, trish.marwedel@clydeco.us;gloria.zwibel@clydeco.us

Jeffrey I Golden (TR)
lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com

Suzanne C Grandt on behalf of Creditor The State Bar of California
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant State Bar Of California
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant Alex Hackert
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant Brandon Tady
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant Maricruz Farfan
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant Paul Bernardino
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Suzanne C Grandt on behalf of Defendant Yvette Roland, Hon.
suzanne.grandt@calbar.ca.gov, charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

Richard G Heston on behalf of Interested Party Richard Heston
rheston@hestonlaw.com,
eblanco@hestonlaw.com,docs@hestonlaw.com,assistant@hestonlaw.com;r41032@notify.bestcase.com

Eric P Israel on behalf of Interested Party Courtesy NEF
eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com

Bernard J Kornberg on behalf of Creditor Ford Motor Credit Company LLC
bjk@severson.com, elw@severson.com

Jonathan A Michaels on behalf of Trustee Jeffrey I Golden (TR)
jmichaels@mlgaplc.com, rjones@mlgaplc.com

Christopher O Rivas on behalf of Creditor BANK OF AMERICA, N.A.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O Rivas on behalf of Creditor Reed Smith

1499477.1  26843  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                     F 9013-3.1.PROOF.SERVICE

crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Scott A Schiff on behalf of Creditor Educational Credit Management Corporation
sas@soukup-schiff.com

Scott A Schiff on behalf of Creditor Pennsylvania Higher Education Assistance Agency
sas@soukup-schiff.com

Scott A Schiff on behalf of Defendant Education Credit Management Corporation
sas@soukup-schiff.com

Marc A Shapp on behalf of Creditor The State Bar of California
marc.shapp@calbar.ca.gov, joan.randolph@calbar.ca.gov

Najah J Shariff on behalf of Defendant UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE
najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

Aaron E de Leest on behalf of Interested Party Courtesy NEF
aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com

## 2. SERVED BY U.S. MAIL

### 20 LARGEST

ADR Services Inc
19000 MacArthur Blvd Suite 550
Irvine, CA 92612-8561

Bank of America, N.A.
c/o Peter J. Kennedy, Esq.
Reed Smith LLP
355 S. Grand Ave., #2900
Los Angeles, CA 90071-1514

Citibank, N.A.
100 Citibank Drive
Bldg 1 FL 1
San Antonio, TX 78245-3202

City of Westminster
PO Box 269110
Sacramento, CA 95826-9110

David Bitzer
5940 Park Crest Drive
Chino Hills, CA 91709-6322

Ford Motor Credit Company
225 S Lake Ave Suite 1200
Pasadena, CA 91101-3000

Huntington Beach Hospital
File 1088 1801 W Olympic Blvd
Pasadena, CA 91199-1088

INTERNAL REVENUE SERVICE
Centralized Insolvency Operations
PO BOX 7346
Philadelphia, PA 19101-7346

Irwin Tessler
12312 Viewcrest Rd
Studio City, CA 91604-3651

Jilio Ryan Court Reporters
14661 Franklin Avenue, Suite 150
Tustin, CA 92780-7260

Lexis Nexis
2112 Business Center Drive Ste 150
Irvine, CA 92612-7130

LexisNexis
9443 Springboro Pike
Miamisburg, OH 45342-5490

Nira Woods Schwartz
2550 Pacific Coast Hwy Sp 68
Torrance, CA 90505-7751

PHEAA
1200 North 7th Street
Harrisburg, PA 17102-1444

PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

1499477.1  26843  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Pam Ragland<br>30 Santa Cruz<br>Rancho Santa Margarita, CA 92688-2545 | Pam Ragland<br>PO Box 761<br>Trabuco Canyon, CA 92678-0761 | Sayegh Professional Dental Corp<br>Antoine S Sayegh, DDS<br>707 W Route 66 #102<br>Glendora, CA 91740-4175 |
| Sayegh Professional Dental Corp.<br>7677 Center Ave Suite 210<br>Huntington Beach, CA 92647-9103 | Severson & Werson, LLP<br>19100 Von Karmen Ave Suite 700<br>Irvine, CA 92612-6578 | US Department of Education<br>400 Maryland Avenue SW<br>Washington, DC 20202-0001 |
| US Legal Support<br>363 N Sam Houston Pkwy Ste 1200<br>Houston, TX 77060-2425 | Xcentric Ventures, LLC<br>500 S Mill Ave Suite 310<br>Tempe, AZ 85281-3632 | Yelp Inc<br>818 W Seventh Street<br>Los Angeles, CA 90017-3407 |

1499477.1  26843 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE