United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 18-10548-ES
Lenore LuAnn Albert-Sheridan                                            Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8           User: admin              Page 1 of 2              Date Rcvd: Sep 05, 2018
                              Form ID: pdf042           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db              +Lenore LuAnn Albert-Sheridan,    14272 Hoover St #69,    Westminster, CA 92683-4322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
          Aaron E de Leest   on behalf of Interested Party    Courtesy NEF aed@dgdk.com,
          danninggill@gmail.com;adeleest@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com
          Aaron E de Leest   on behalf of Trustee Jeffrey I Golden (TR) aed@dgdk.com,
          danninggill@gmail.com;adeleest@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com
          Bernard J Kornberg   on behalf of Creditor    Ford Motor Credit Company LLC bjk@severson.com,
          elw@severson.com
          Christopher O Rivas   on behalf of Creditor    Reed Smith crivas@reedsmith.com,
          chris-rivas-8658@ecf.pacerpro.com
          Christopher O Rivas   on behalf of Creditor    BANK OF AMERICA, N.A. crivas@reedsmith.com,
          chris-rivas-8658@ecf.pacerpro.com
          Donald H Cram, III   on behalf of Creditor    Ford Motor Credit Company LLC dhc@severson.com,
          jc@severson.com
          Donald K Dunn   on behalf of Defendant Neal  Kelley kevin.dunn@coco.ocgov.com,
          simon.perng@coco.ocgov.com
          Eric P Israel   on behalf of Interested Party    Courtesy NEF eisrael@dgdk.com,
          danninggill@gmail.com;eisrael@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com
          Eric P Israel   on behalf of Trustee Jeffrey I Golden (TR) eisrael@dgdk.com,
          danninggill@gmail.com;eisrael@ecf.inforuptcy.com;deleestar76099@notify.bestcase.com
          Jeffrey I Golden (TR)   lwerner@wgllp.com,
          jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
          Jonathan A Michaels   on behalf of Trustee Jeffrey I Golden (TR) jmichaels@mlgaplc.com,
          rjones@mlgaplc.com
          Marc A Shapp   on behalf of Creditor    The State Bar of California marc.shapp@calbar.ca.gov,
          joan.randolph@calbar.ca.gov
          Najah J Shariff   on behalf of Defendant    UNITED STATES OF AMERICA on behalf of the INTERNAL
          REVENUE SERVICE najah.shariff@usdoj.gov,   USACAC.criminal@usdoj.gov
          Richard G Heston   on behalf of Interested Party Richard  Heston rheston@hestonlaw.com,
          eblanco@hestonlaw.com,docs@hestonlaw.com,assistant@hestonlaw.com;r41032@notify.bestcase.com
          Robert S Gebhard   on behalf of Defendant    Icon Owner Pool 1, LA Business Parks, LLC
          robert.gebhard@clydeco.us,   trish.marwedel@clydeco.us;gloria.zwibel@clydeco.us
          Scott A Schiff   on behalf of Creditor    Educational Credit Management Corporation
          sas@soukup-schiff.com
          Scott A Schiff   on behalf of Defendant    Education Credit Management Corporation
          sas@soukup-schiff.com
          Scott A Schiff   on behalf of Creditor    Pennsylvania Higher Education Assistance Agency
          sas@soukup-schiff.com
          Suzanne C Grandt   on behalf of Defendant Alex  Hackert suzanne.grandt@calbar.ca.gov,
          charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov
          Suzanne C Grandt   on behalf of Defendant    State Bar of California suzanne.grandt@calbar.ca.gov,
          charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov
          Suzanne C Grandt   on behalf of Defendant Brandon  Tady suzanne.grandt@calbar.ca.gov,
          charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov

```
District/off: 0973-8          User: admin              Page 2 of 2           Date Rcvd: Sep 05, 2018
                              Form ID: pdf042          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Suzanne C Grandt    on behalf of Defendant Maricruz  Farfan suzanne.grandt@calbar.ca.gov,
          charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov
          Suzanne C Grandt    on behalf of Creditor    The State Bar of California
          suzanne.grandt@calbar.ca.gov,    charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov
          Suzanne C Grandt    on behalf of Defendant Yvette  Roland, Hon. suzanne.grandt@calbar.ca.gov,
          charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov
          Suzanne C Grandt    on behalf of Defendant Paul  Bernardino suzanne.grandt@calbar.ca.gov,
          charlotte.carlyle@calbar.ca.gov;joan.randolph@calbar.ca.gov
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
          Vikrant  Chaudhry    on behalf of Defendant Jason  Hartman vik@thevclawgroup.com
                                                                         TOTAL: 27

**SCOTT A. SCHIFF (SBN 137245)**
**SOUKUP & SCHIFF, LLP**
**16255 Ventura Blvd., Suite 706**
**Encino, California 91436**
**Tel.: (310) 276-2026**
**Fax: (310) 286-0522**
**Email: sas@soukup-schiff.com**

*Attorneys for* Educational Credit Management Corporation

FILED & ENTERED

SEP 05 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

In re:

LENORE LUANN ALBERT-SHERIDAN
d/b/a LAW OFFICES OF LENORE ALBERT,

Debtor.

Chapter 13

Case No. 8:18-bk-10548-ES

Judge: Hon. Erithe A. Smith

**ORDER GRANTING MOTION OF
EDUCATIONAL CREDIT MANAGEMENT
CORPORATION FOR CONTINUANCE OF
HEARING ON DEBTOR'S OBJECTION TO
EDUCATION CREDIT MANAGEMENT
CORPORATION'S PROOF OF CLAIM**

**[No Hearing Required]**

Having considered the Motion Of Educational Credit Management Corporation For

Continuance Of Hearing On Debtor's Objection To Educational Credit Management Corporation's

Proof Of Claim (the "Motion"), the Court rules as follows,

IT IS HEREBY ORDERED that the Motion is granted.

1

1    IT IS HEREBY FURTHER ORDERED that: (1) the deadline for ECMC to file supplemental

2 pleadings is continued from September 20, 2018 to January 22, 2019; (2) the deadline for Debtor to

3 file reply pleadings is continued from October 4, 2018, to February 5, 2019; and (3) the hearing on

4 Debtor's Objection to Educational Credit Management Corporation's Proof of Claim is continued

5 from October 18, 2018 to **March 7, 2019 at 10:30 a.m.**

6

7 Respectfully submitted by:
SOUKUP & SCHIFF, LLP
8

9 By: /s/ Scott A. Schiff
     SCOTT A. SCHIFF
10    Attorneys for Educational Credit
     Management Corporation
11

12                                        ###

13

14

15

16

17

18

19

20

21

22

23    Date: September 5, 2018

24                                        Erithe Smith
                                         United States Bankruptcy Judge
25

26

27

28

2