JEFFREY I. GOLDEN, TRUSTEE
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In Re: | Case No.: 18-10548-ES |
|---|---|
| LENORE LUANN ALBERT-SHERIDAN | Chapter 7 |
| Debtor. | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL:  PRO SE ZZ
TO THE ABOVE NAMED DEBTOR

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **November 29, 2018 at 2:00 PM** at 411 W. FOURTH STREET, ROOM 3-110, SANTA ANA, CA 92701, for the reason(s) set forth below:

**Your meeting is continued for administrative reasons.**

Dated:   October 18, 2018          /s/ Jeffrey I Golden
                                    JEFFREY I. GOLDEN
                                    Chapter 7 Trustee

I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on October 18, 2018.

                                    /s/ Lori Werner
                                    Lori Werner