| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **SCOTT A. SCHIFF (SBN 137245)**<br>**SOUKUP & SCHIFF, LLP**<br>**16255 Ventura Blvd., Suite 706**<br>**Encino, California 91436**<br>**Tel.: (310) 276-2026**<br>**Fax: (310) 286-0522**<br>**Email: sas@soukup-schiff.com**<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Educational Credit Management Corporation | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF LENORE ALBERT,<br><br>                                          Debtor(s). | CASE NO.: 8:18-bk-10548-ES<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br><u>EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AN AMENDED PROOF OF CLAIM</u> |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S MOTION FOR LEAVE TO FILE AN AMENDED PROOF OF CLAIM</u> was lodged on (*date*) <u>7/17/2019</u> and is attached.  This order relates to the motion which is docket number <u>553</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

**SCOTT A. SCHIFF (SBN 137245)**
**SOUKUP & SCHIFF, LLP**
**16255 Ventura Blvd., Suite 706**
**Encino, California 91436**
**Tel.: (310) 276-2026**
**Fax: (310) 286-0522**
**Email: sas@soukup-schiff.com**

*Attorneys for* Educational Credit Management Corporation

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF LENORE ALBERT,<br><br>Debtor. | Chapter 7<br><br>Case No. 8:18-bk-10548-ES<br><br>Judge: Hon. Erithe A. Smith<br><br>**ORDER GRANTING EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S MOTION FOR LEAVE TO FILE AN AMENDED PROOF OF CLAIM**<br><br>Date:  July 16, 2019<br>Time:  10:30 a.m.<br>Place:  Courtroom 5A<br>   411 W. Fourth St.<br>   Santa Ana, CA 92701 |

On July 16, 2019, at 10:30 a.m., the Motion Of Educational Credit Management Corporation For Leave To File An Amended Proof Of Claim (the "Motion") came on for hearing before the Honorable Erithe A. Smith, United States Bankruptcy Judge, in her courtroom located at 411 W. Fourth St., Santa Ana, CA 92701, Courtroom "5A." Debtor Lenore Luann Albert-Sheridan

("Debtor") was present in the courtroom.  Scott A. Schiff, Esq. of Soukup & Schiff, LLP, on behalf of Educational Credit Management Corporation ("ECMC"), was present in the courtroom.  The Courtroom Deputy read the Court's Tentative Ruling into the Record, and neither Debtor nor ECMC's counsel objected.  Based on the foregoing,

  IS HEREBY ORDERED THAT the Motion is granted for the reasons set forth in the Motion and the Reply to Debtor's Opposition, which the Court incorporates by reference herein.

  IT IS HEREBY FURTHERED ORDERED that the granting of the Motion is without prejudice to Debtor objecting to the amended proof of claim filed by ECMC.

Respectfully submitted by:

SOUKUP & SCHIFF, LLP

By: ___*/s/Scott A. Schiff*___
  SCOTT A. SCHIFF
  Attorneys for Educational Credit
  Management Corporation

###

EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16255 Ventura Blvd., Suite 706, Encino, CA 91436.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) *7/17/2019*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Arthur Carvalho | acarvalho@lhcllp.com, acjesq@gmail.com |
| Vikrant Chaudhry | vik@thevclawgroup.com |
| Donald H Cram | dhc@severson.com, jc@severson.com |
| Donald K Dunn | kevin.dunn@coco.ocgov.com, simon.perng@coco.ocgov.com |
| Robert S Gebhard | robert.gebhard@clydeco.us, trish.marwedel@clydeco.us;gloria.zwibel@clydeco.us |
| Nichole Glowin | nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net |
| Jeffrey I Golden (TR) | lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com |
| Suzanne C Grandt | suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov |
| Richard G Heston | rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com, assistant@hestonlaw.com; r41032@notify.bestcase.com |
| Eric P Israel | eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Bernard J Kornberg | bjk@severson.com, elw@severson.com |
| Jonathan A Michaels | jmichaels@mlgaplc.com, rjones@mlgaplc.com |
| Curtis D Parvin | curtis.parvin@clydeco.us, gloria.zwibel@clydeco.us |
| Christopher O Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Scott A Schiff | sas@soukup-schiff.com |
| Marc A Shapp | marc.shapp@calbar.ca.gov, joan.randolph@calbar.ca.gov |
| Najah J Shariff | najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Aaron E de Leest | aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) *7/17/2019*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) *7/17/2019*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/17/2019 | Angie Martinez | /s/Angie Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*   Page 4   **F 9021-1.2.BK.NOTICE.LODGMENT**

**2. SERVED BY UNITED STATES MAIL:**

Lenore LuAnn Albert-Sheridan
14272 Hoover St #69
Westminster, CA 92683

Robert M Dickson
Law Office of Mitchell B Hannah
4 Hutton Centre Dr, Suite 900
Santa Ana, CA 92707

Hallie D Hannah
Law Office of Mitchell B. Hannah
100 Pacifica, Suite 370
Irvine, CA 92618

Richard Heston
Heston & Heston
19700 Fairchild Road, Suite 280
Irvine, CA 92612

Pam Ragland
PO Box 761
Trabuco Canyon, CA 92678

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**

Honorable Erithe A. Smith
U.S. Bankruptcy Court
411 W. Fourth Street, Suite 5040
Santa Ana, CA 92701
*(Presiding Judge's Copy via FedEx)*

Lenore LuAnn Albert-Sheridan
lenorealbert@msn.com
*(Via Email)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 5    **F 9021-1.2.BK.NOTICE.LODGMENT**