1 JEFFREY I. GOLDEN, TRUSTEE
P.O. Box 2470
2 Costa Mesa, CA 92628-2470
Telephone:   (714) 966-1000
3 Facsimile:   (714) 966-1002

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| In Re: | Case No.: 18-10548-ES |
|---|---|
| LENORE LUANN ALBERT-SHERIDAN | Chapter 7 |
| Debtor. | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL:  PRO SE ZZ
TO THE ABOVE NAMED DEBTOR

　　You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **March 11, 2020 at 11:00 AM** at 411 W. FOURTH STREET, ROOM 3-110, SANTA ANA, CA 92701, for the reason(s) set forth below:

**Your schedules are incomplete or inaccurate.  Unless amended schedules are filed and served upon me before the continued meeting date, a motion may be filed to dismiss your case.**

**Your meeting is continued for administrative reasons.**

Dated:   January 16, 2020          /s/ Jeffrey I Golden
　　　　　　　　　　　　　　　　　　　JEFFREY I. GOLDEN
　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

　　I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on January 16, 2020.

　　　　　　　　　　　　　　　　　　　/s/ Lori Werner
　　　　　　　　　　　　　　　　　　　Lori Werner